IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
No. 5:07 CV 426-H

ADVANCED INTERNET TECHNOLOGIES, INC. )
)
                Plaintiff, )
)
v. )
)
DELL, INC. and DELL FINANCIAL )
SERVICES, INC. )
)
                Defendants. )
)

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3,

DELL FINANCIAL SERVICES L.L.C. (which is incorrectly named in the above-captioned matter as Dell Financial Services, Inc.) is a Defendant and makes the following disclosures:

1.     Is party a publicly held corporation or other publicly held entity?

    \_\_\_ Yes     _X_ No

2.     Does party have any parent corporations?

    _X_ Yes     \_\_\_ No

    **If yes, identify all parent corporations, including grandparent and great-grandparent corporations:**

    Dell DFS Corporation and Dell DFS Holdings, LLC are the sole members of the Dell Financial Services, L.L.C.

3.     Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    \_\_\_ Yes     _X_ No

    **If yes, identify all such owners:**

4.  Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3)?

    \_\_\_ Yes   _X_ No

5.  Is party a trade association?

    \_\_\_ Yes   _X_ No

    If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6.  If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditor's committee:

    N/A


This the 15th day of December, 2008.

        SMITH DEBNAM NARRON DRAKE
        SAINTSING & MYERS, LLP

        /s/ Byron L. Saintsing
        Byron L. Saintsing
        **Attorneys for Dell Financial Services, L.L.C.**
        P.O. Box 26268
        Raleigh, NC 27611-6268
        Telephone: (919) 250-2000
        Facsimile: (919) 250-2211
        Email: bsaintsing@smithdebnamlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed **DELL FINANCIAL SERVICES, L.L.C.'S DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION** with the Clerk of Court using the CM/ECF's system which will send notification to the following:

    Mark W. Ishman           mishman@ait.com
    Amber A. Corbin          acorbin@ait.com
    ATTORNEYS FOR ADVANCED INTERNET TECHNOLOGIES, INC.

    Pressly M. Millen          pmillen@wcsr.com
    ATTORNEY FOR DELL, INC.

This the 15th day of December, 2008.

        SMITH DEBNAM NARRON DRAKE
        SAINTSING & MYERS, LLP

        /s/ Byron L. Saintsing
        Byron L. Saintsing
        **Attorneys for Dell Financial Services, L.L.C.**
        P.O. Box 26268
        Raleigh, NC 27611-6268
        Telephone:    (919) 250-2000
        Facsimile:     (919) 250-2211
        Email:            bsaintsing@smithdebnamlaw.com