IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No 5:07-CV-426 (U.S.D.C., E.D.N.C.)

| | |
|---|---|
| ADVANCED INTERNET TECHNOLOGIES, INC.<br>         Plaintiff,<br>v.<br>DELL, INC. and DELL FINANCIAL SERVICES, INC.<br>         Defendants. | **APPENDIX OF DOCUMENTS FILED UNDER SEAL SUBJECT TO PLAINTIFF'S FIRST MOTION TO REMOVE CONFIDENTIALITY DESIGNATIONS FROM CERTAIN DOCUMENTS [DOCKET # 173]** |

This is the 13th day of April, 2010.

     _s/_ Darren T. Kaplan_____
     Darren T. Kaplan (Admitted *Pro Hac Vice*)
     Attorney for Plaintiff
     Chitwood Harley Harnes LLP
     185 Great Neck Road, Suite 340
     Great Neck, NY 11021
     Tel. (516) 773-6090
     Fax (516) 706-0497
     GA State Bar No. 172670

     __s/_ A. Bikash Roy_____
     A. Bikash Roy, # 28382
     Attorney for Plaintiff
     c/o Advanced Internet Technologies, Inc.
     421 Maiden Lane
     Fayetteville, NC 28301
     Tel. (910) 321-1365
     NC State Bar No. 28382
     Local Civil Rule 83.1 Counsel

     **Attorneys for Plaintiff Advanced Internet Technologies, Inc.**

## TABLE OF DOCUMENTS FILED UNDER SEAL

| DOCUMENTS PRODUCED BY DELL & ORGANIZED BY BATES NUMBER | | | |
|---|---|---|---|
| TAB | BATES NUMBER | DESIGNATION | IF ALSO MARKED AS A DEPOSITION EXHIBIT |
| 1 | Dell 229 –Dell 300 | Confidential | Dell 229 – Dell 263 is also Kenneth Joines Ex. 51<br>Dell 264 – Dell 300 is also Amy Taylor Ex. 42 |
| 2 | Dell 426 – Dell 427 | Confidential | Amy Taylor Ex. 40 |
| 3 | Dell 464 – Dell 503 | Confidential | |
| 4 | Dell 541 | Confidential | |
| 5 | Dell 552 – Dell 554 | Confidential | Mesa Carlson Ex. 68 |
| 6 | Dell 838 – Dell 841 | Confidential | Amy Taylor Ex. 41 |
| 7 | Dell 863 – Dell 866 | Confidential | Amy Taylor Ex. 39 |
| 8 | Dell 880 – Dell 883 | Confidential | Amy Taylor Ex. 47 |
| 9 | Dell 955 – Dell 956 | Confidential | Mesa Carlson Ex. 70 |
| 10 | Dell 979 – Dell 985 | Confidential | |
| 11 | Dell 992 – Dell 997 | Confidential | Amy Taylor Ex. 37 |
| 12 | Dell 1268 – Dell 1270 | Confidential | James Hutten Ex. 55<br>Mesa Carlson Ex. 63 |
| 13 | Dell 1309 – Dell 1313 | Confidential | Mesa Carlson Ex. 71 |
| 14 | Dell 1322 – Dell 1325 | Confidential | Amy Taylor Ex. 43 |
| 15 | Dell 1369 – Dell 1372 | Confidential | Amy Taylor Ex. 46 |
| 16 | Dell 1634 – Dell 1638 | Confidential | Mesa Carlson Ex. 69 |
| 17 | Dell 75150 – Dell 75155 | Confidential | James Hutten Ex. 54 |
| 18 | Dell 85194 – Dell 85199 | Highly Confidential | |
| 19 | Dell 85220 – Dell 85260 | Highly Confidential | |
| 20 | Dell 85376 – Dell 85377 | Confidential | |
| 21 | Dell 85382 – Dell 85432 | Highly Confidential | |
| 22 | Dell 85587 – Dell 85597 | Highly Confidential | |
| 23 | Dell 86302 – Dell 86305 | Confidential | |
| 24 | Dell 86583 – Dell 86739 | Confidential (86583 – 86590)<br>Highly Confidential (86591 – 86739) | |
| 25 | Dell 87078 – Dell 87126 | Highly Confidential | |
| 26 | Dell 87109 – Dell 87155 | Highly Confidential | |
| 27 | Dell 87137 – Dell 87156 | Highly Confidential | |
| 28 | Dell 87179 – Dell 87245 | Highly Confidential | |
| 29 | Dell 87250 – Dell 87318 | Highly Confidential | |
| 30 | Dell 87447 – Dell 87449 | Confidential | |
| 31 | Dell 87452 – Dell 87455 | Highly Confidential | |
| 32 | Dell 87465 – Dell 87471 | Highly Confidential | |
| 33 | Dell 87485 – Dell 87499 | Highly Confidential | |
| 34 | Dell 87569 – Dell 88059 | Confidential (87569 – 87570)<br>Highly Confidential (87571 – 88059) | Dell 87582 – Dell 87597 is also Harold Stone Ex. 10 |

| | | | |
|---|---|---|---|
| 35 | Dell 87996 – Dell 88015 | Highly Confidential | |
| 36 | Dell 91037 – Dell 91040 | Confidential | |
| 37 | Dell 91294 – Dell 91339 | Highly Confidential | |
| 38 | Dell 91354 – Dell 91373 | Highly Confidential | |
| 39 | Dell 105665 – Dell 105683 | Highly Confidential | |
| 40 | Dell 130244 – Dell 130246 | Highly Confidential | |
| 41 | Dell 130550 – Dell 130553 | Highly Confidential | |
| 42 | Dell 132394 – Dell 132627 | Highly Confidential | |
| 43 | Dell 134854 | Highly Confidential | William Luhrs Ex. 2 |
| 44 | Dell 135326 – Dell 135350 | Highly Confidential | |
| 45 | Dell 135451 | Highly Confidential | |
| 46 | Dell 137764 – Dell 137784 | Highly Confidential | |
| 47 | Dell 141994 – Dell 141997 | Highly Confidential | |
| 48 | Dell 142177 – Dell 142179 | Highly Confidential | |
| 49 | Dell 142180 – Dell 142184 | Highly Confidential | |
| 50 | Dell 142185 – Dell 142187 | Highly Confidential | |
| 51 | Dell 142207 – Dell 142226 | Highly Confidential | Dell 142209 – 142210 is also William Luhrs Ex. 16 |
| 52 | Dell 142229 – Dell 142231 | Highly Confidential | |
| 53 | Dell 143699 – Dell 143704 | Highly Confidential | |
| 54 | Dell 143705 – Dell 143710 | Highly Confidential | |
| 55 | Dell 143711 – Dell 143748 | Highly Confidential | |
| 56 | Dell 145637 – Dell 145640 | Highly Confidential | |
| 57 | Dell 146704 – Dell 146707 | Highly Confidential | |
| 58 | Dell 148086 – Dell 148087 | Highly Confidential | |
| 59 | Dell 148655 – Dell 148662 | Highly Confidential | |
| 60 | Dell 156287 | Highly Confidential | |
| 61 | Dell 163416 – Dell 163418 | Highly Confidential | |
| 62 | Dell 163446 – Dell 163448 | Highly Confidential | |
| 63 | Dell 163559 – Dell 163562 | Highly Confidential | |

| TAB | DEPOSITION EXHIBITS & TESTIMONY NOT ALREADY LISTED ABOVE | |
|---|---|---|
| | DEPONENT, EXHIBIT NUMBER & TESTIMONY | DESIGNATION |
| | **Amy Taylor (deposed September 28, 2009)** | |
| 64 | Amy Taylor Ex. 38 -- Bates stamp illegible | Confidential |
| 65 | Amy Taylor Ex. 42 -- Dell 264 – Dell 300 | Confidential |
| 66 | Amy Taylor Ex. 45 -- No bates stamp | Confidential |
| | **Kenneth Joines (deposed September 28, 2009)** | |
| 67 | Kenneth Joines Ex. 51 -- Dell 229 – Dell 263 | Confidential |
| | **Dell, Inc. 30(b)(6) (James Hutten) (deposed September 29, 2009)** | |
| 68 | James Hutten Ex. 57 -- No bates stamp | Confidential |
| 69 | James Hutten Ex. 59 -- No bates stamp | Confidential |
| | **Mesa Carlson (deposed September 30, 2009)** | |
| 70 | Mesa Carlson Ex. 62 -- Bates stamp illegible | Confidential |
| | **William Luhrs (deposed February 5, 2010)** | |
| 71 | Deposition Testimony:<br>• Page 55, line 13 through Page 59, line 6<br>• Page 60, line 10 through Page 74, line 14<br>• Page 77, line 1 through Page 84, line 8<br>• Page 88, line 20 through Page 104, line 9<br>• Page 110, line 5 through Page 112, line 20<br>• Page 131, line 23 through Page 132, line 5<br>• Page 223, line 1 through Page 231, line 24 | Confidential |
| | • Page 23, line 22 through Page 55, line 11<br>• Page 104, line 11 through Page 107, line 16<br>• Page 112, line 21 through Page 130, line 15<br>• Page 133, line 22 through Page 137, line 5<br>• Page 143, line 8 through Page 165, line 7<br>• Page 165, line 22 through Page 177, line 5<br>• Page 177, line 18 through Page 213, line 3<br>• Page 213, line 9 through Page 222, line 17<br>• Page 232, line 2 through Page 254, line 21<br>• Page 257, line 1 through Page 260, line 8 | Highly Confidential |
| 72 | William Luhrs Ex. 1 -- No bates stamp | Confidential |
| 73 | William Luhrs Ex. 3 -- Dell 140509 – Dell 140551 | Highly Confidential |
| 74 | William Luhrs Ex. 4 -- Dell 140552 – Dell 140577 | Highly Confidential |
| 75 | William Luhrs Ex. 5 -- Dell 135562 – Dell 135569 | Highly Confidential |
| 76 | William Luhrs Ex. 6 -- Dell 132733 – Dell 132738 | Highly Confidential |
| 77 | William Luhrs Ex. 7 -- Dell 138144 – Dell 138176 | Highly Confidential |
| 78 | William Luhrs Ex. 8 -- Dell 135495 – Dell 135501 | Highly Confidential |
| 79 | William Luhrs Ex. 9 -- Dell 150227 – Dell 150230 | Highly Confidential |
| 80 | William Luhrs Ex. 10 -- Dell 139941 – Dell 139961 | Highly Confidential |
| 81 | William Luhrs Ex. 11 -- Dell 198504 – Dell 198513 | Confidential |
| 82 | William Luhrs Ex. 12 -- Dell 131019 – Dell 131028 | Highly Confidential |
| 83 | William Luhrs Ex. 13 -- No bates stamp | Confidential |
| 84 | William Luhrs Ex. 14 -- Dell 137960 – Dell 137992 | Highly Confidential |
| 85 | William Luhrs Ex. 15 -- Dell 137826 – Dell 137853 | Highly Confidential |
| 86 | William Luhrs Ex. 16 -- Dell 142209 – Dell 142210 | Highly Confidential |

|    | **Harold Stone (deposed February 5, 2010)**                                         |                     |
|----|-------------------------------------------------------------------------------------|---------------------|
| 87 | Deposition Testimony:<br>• Page 160, line 5 through Page 178, line 20               | Highly Confidential |
| 88 | Harold Stone Ex. 10 -- Dell 87582 – Dell 87597                                      | Highly Confidential |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed or caused to be filed **APPENDIX OF DOCUMENTS FILED UNDER SEAL SUBJECT TO PLAINTIFF'S FIRST MOTION TO REMOVE CONFIDENTIALITY DESIGNATIONS FROM CERTAIN DOCUMENTS [DOCKET # 173]** with the Clerk of Court using the CM/ECF system which will send notice to Pressly M. Millen, pmillen@wcsr.com; dbarrett@wcsr.com; Byron L. Saintsing, bsaintsing@smithdebnamlaw.com; dkinlaw@smithdebnamlaw.com; jcotten@smithdebnamlaw.com; Scott A. Elder, scott.elder@alston.com; victoria.lockard@alston.com.

This is the 13th day of April, 2010.

s/ Darren T. Kaplan
Darren T. Kaplan (Admitted *Pro Hac Vice*)
Attorney for Plaintiff
Chitwood Harley Harnes LLP
185 Great Neck Road, Suite 340
Great Neck, NY 11021
Tel. (516) 773-6090
Fax (516) 706-0497
GA State Bar No. 172670

s/ A. Bikash Roy
A. Bikash Roy, # 28382
Attorney for Plaintiff
c/o Advanced Internet Technologies, Inc.
421 Maiden Lane
Fayetteville, NC 28301
Tel. (910) 321-1365
NC State Bar No. 28382
Local Civil Rule 83.1 Counsel

**Attorneys for Plaintiff Advanced Internet Technologies, Inc.**