**TAB 18**

| From: | /O=DELL/OU=AUSTIN/CN=RECIPIENTS/CN=JOSE JIMENEZ |
|---|---|
| Sent: | Tuesday December 20, 2005 02:33 PM |
| To: | Pickett, Todd |
| Cc: | Wright, David R; Sierra-Cass, Johanna |
| Subject: | FW: Request ID 1877662 /Optiplex GX 270 Issue / $3,727 Concession |

Todd,

This request will be coming to you & Abel in the FSR tool. As I mention below to the sales leaders, pursing this route could be very costly if other large customers begin to make the same types of requests. While I perfectly understand the sales perspective, I really feel we need to exercise a great deal of caution and emphasize that this is not a policy-defining decision.

Jose

-----Original Message-----
From: Echeverria, Alvaro
Sent: Tuesday, December 20, 2005 1:27 PM
To: Martinez, Tania; Jimenez, Jose; Coffman, Todd
Cc: Ayala, Alberto; Sierra-Cass, Johanna; Ehlinger, Tania
Subject: RE: Request ID 1877662

Jose,
This has been approved. Please proceed. The risk of rejecting includes losing a multi million dollar customer which I am not prepeared to do. We need to do what is right for our customer.

-----Original Message-----
From: Martinez, Tania
Sent: Tue Dec 20 13:08:51 2005
To: Jimenez, Jose; Echeverria, Alvaro; Coffman, Todd
Cc: Ayala, Alberto; Sierra-Cass, Johanna; Ehlinger, Tania
Subject: RE: Request ID 1877662

Jose
This was approved by Todd Coffman account AE and Alvaro Echeverria.

Todd
Please follow up with Jose Jimenez.


Thanks

From: Jimenez, Jose
Sent: Tuesday, December 20, 2005 12:39 PM
To: Martinez, Tania

Highly Confidential
DELL0085194

Cc: Ayala, Alberto; Sierra-Cass, Johanna
Subject: Request ID 1877662


Why isn't this being handled through the normal warranty channels? Dell as a whole is already taking a 300 Million dollar charge related to this issue. By pursing the route you are suggesting, we open ourselves up to a flood of customers wanting whole system replacements-which would be disastrous. I cannot approve this request based on the explanation given.


Request Info
Request ID 1877662 Status PENDING_APPROVAL Requestor ID 29457 Requestor Name Alberto_Ayala Submit Date 2005-12-16T10:37:11.140 SLA




Request Detail
Form Name LAM MCR Concession

Field Name Field Value
I am in Relationship_Sales

Channel 20

Customer Name PUERTO RICO TELEPHONE CO

Customer Number 8589842

Order Number 731410306

Rev Adj Amount 3727.00

Where was the issue caused? Product Quality

What was the root cause of this issue? Defective Product

Requestor Comment This is a revenue adjustment given to the customer due to the GX-270 problem. This has been approved by sales director Alvaro Echeverria.Thanks, Alberto

Highly Confidential
DELL0085195

Request History
Trans Date Processor Processor Type Status
2005-12-16T10:37:11.140 Alberto_Ayala REQUESTOR PENDING_APPROVAL
2005-12-16T11:17:15.520 TANIA_MARTINEZ APPROVER PENDING_APPROVAL
JOSE_JIMENEZ APPROVER PENDING_APPROVAL
Abel_Archundia APPROVER PENDING_APPROVAL
TODD_PICKETT APPROVER PENDING_APPROVAL
Tania_Ehlinger APPROVER PENDING_APPROVAL


Jose Jimenez
Latin America Finance
Dell Inc.
(512) 723-7616

Highly Confidential
DELL0085196

| | |
|---|---|
| From: | /O=DELL/OU=BRAZIL/CN=RECIPIENTS/CN=TODD_PICKETT |
| Sent: | Wednesday December 21, 2005 05:25 AM |
| To: | Jimenez, Jose |
| Cc: | Wright, David R; Sierra-Cass, Johanna |
| Subject: | RE: Request ID 1877662 /Optiplex GX 270 Issue / $3,727 Concession |

This must be handled through the normal process. There is no cause for changing the process.

Thanks.

Todd Pickett
Finance Director - Latin America
Dell Computers
Telephone: (512) 728-2457
Cell Phone: (512) 560-1733
Todd_Pickett@Dell.com

-----Original Message-----
From: Jimenez, Jose
Sent: Tuesday, December 20, 2005 3:34 PM
To: Pickett, Todd
Cc: Wright, David R; Sierra-Cass, Johanna
Subject: FW: Request ID 1877662 /Optiplex GX 270 Issue / $3,727 Concession

Todd,

This request will be coming to you & Abel in the FSR tool. As I mention below to the sales leaders, pursing this route could be very costly if other large customers begin to make the same types of requests. While I perfectly understand the sales perspective, I really feel we need to exercise a great deal of caution and emphasize that this is not a policy-defining decision.

Jose

-----Original Message-----
From: Echeverria, Alvaro
Sent: Tuesday, December 20, 2005 1:27 PM
To: Martinez, Tania; Jimenez, Jose; Coffman, Todd
Cc: Ayala, Alberto; Sierra-Cass, Johanna; Ehlinger, Tania
Subject: RE: Request ID 1877662

Jose,
This has been approved. Please proceed. The risk of rejecting includes losing a multi million dollar customer which I am not prepeared to do. We need to do what is right for our customer.

-----Original Message-----

From: Martinez, Tania
Sent: Tue Dec 20 13:08:51 2005
To: Jimenez, Jose; Echeverria, Alvaro; Coffman, Todd
Cc: Ayala, Alberto; Sierra-Cass, Johanna; Ehlinger, Tania
Subject: RE: Request ID 1877662

Jose
This was approved by Todd Coffman account AE and Alvaro Echeverria.

Todd
Please follow up with Jose Jimenez.


Thanks

---

From: Jimenez, Jose
Sent: Tuesday, December 20, 2005 12:39 PM
To: Martinez, Tania
Cc: Ayala, Alberto; Sierra-Cass, Johanna
Subject: Request ID 1877662


Why isn't this being handled through the normal warranty channels? Dell as a whole is already taking a 300 Million dollar charge related to this issue. By pursing the route you are suggesting, we open ourselves up to a flood of customers wanting whole system replacements-which would be disastrous. I cannot approve this request based on the explanation given.


Request Info
Request ID 1877662 Status PENDING_APPROVAL Requestor ID 29457 Requestor Name Alberto_Ayala Submit Date 2005-12-16T10:37:11.140 SLA



Request Detail
Form Name LAM MCR Concession

Field Name Field Value
I am in Relationship_Sales

Channel 20

Customer Name PUERTO RICO TELEPHONE CO

Customer Number 8589842

Order Number 731410306

Rev Adj Amount 3727.00

Where was the issue caused? Product Quality

What was the root cause of this issue? Defective Product

Requestor Comment This is a revenue adjustment given to the customer due to the GX-270 problem. This has been approved by sales director Alvaro Echeverria.Thanks, Alberto

Request History
Trans Date Processor Processor Type Status
2005-12-16T10:37:11.140 Alberto_Ayala REQUESTOR PENDING_APPROVAL
2005-12-16T11:17:15.520 TANIA_MARTINEZ APPROVER PENDING_APPROVAL
JOSE_JIMENEZ APPROVER PENDING_APPROVAL
Abel_Archundia APPROVER PENDING_APPROVAL
TODD_PICKETT APPROVER PENDING_APPROVAL
Tania_Ehlinger APPROVER PENDING_APPROVAL

Jose Jimenez
Latin America Finance
Dell Inc.
(512) 723-7616

Highly Confidential
DELL0085199