**TAB 30**

| | |
|---|---|
| From: | |
| Sent: | Thursday July 28, 2005 10:44 AM |
| To: | Powell, John |
| Subject: | RE: Functional Test Update |

John,

The feedback is much appreciate. I am encouraged by positive response from Bill Luhrs.

Thanks,

Jim

---

From: Powell, John
Sent: Wednesday, July 27, 2005 9:58 PM
To: Hutten, James
Subject: FW: Functional Test Update
Sensitivity: Confidential

Jim,

Thought I'd give you some positive feedback... Bill and I had our one/one tonight and discussed how things are going in general... Bill noted that you are really stepping up to the plate right now on the client issues and driving interaction, communication, and (we all hope!) resolution to issues. This around PFR, CFA, etc. I have noticed this too and wanted to get you a quick note this evening to say thanks; thanks! The note below is a good example. Tough times given the issue set, but you are making a difference.

jp

---

From: Hutten, James
Sent: Wednesday, July 27, 2005 5:36 PM
To: Hutten, James; Luhrs, Bill; Ornelas, David; Humphries, Tom; Frazier, Hans; Gamez, David
Cc: Quezada, Dolores; Caffey, Stuart; Quintero, Leo; Aparo, Duane; Powell, John; DiLullo, Jeff; Mullen, Joyce; Miller, Frank; Watson, Mark A
Subject: RE: Functional Test Update
Sensitivity: Confidential

Dave,

Reviewed the following today with Dolores and Jeff. Follow up action from the meeting are to confirm the level of testing on the GX520/GX620 and if Nichicon caps were used in manufacture of the systems to identify any exposure.

Confidential
DELL0087447

Issue:
As reported the, GX270 and GX280 MB's are effected by the secondary cause (electrolyte composition) reported by Nichicon. The failure rates and test results to date
have not indicated that exposure is similar to the first Nichicon issue. In the next 30 days additional data and test results will be available to provide a more definitive
projection. Nichicon has been removed from new product builds as of 5/5/05 with estimated Dell shipment beginning mid-June..

Situation:
188 MB's have been verified by OEM's and IPS to have bulged capacitors in the secondary date range of the 4M units shipped within the suspect range.
Foxconn data indicates that 60% of returns with bulged/vented capacitors pass functional test.
Reliability testing for PCBA has completed 41,000 hours of testing which represents a MB MTTF of 2.1 yrs, with 90% confidence.
Bulging capacitors within and outside the suspect date code range (0409-0430) have been observed, none have yet caused a test system functional failure.
Foxconn has confirmed that Nichicon capacitors were not purged from repair process until 5/20.
Suspect population size is being determined.
Apple G5 also affected by Nichicon (Google search)

Action Plans:
Evaluating CFA and warranty parts direct dispatches to bring demand back in line.
Identify other sources of industry impact.
Prepare talking points for sales and service teams to address customer escalations on secondary cause.
Continue OEM FA and Reliability testing, and
Continue monitoring FIR by chassis and large customers.

Results expected in the next 30 days:
Improved MB MTTF and confidence level based upon extended testing.
Improved VFF/CND rates based upon larger sample sizes from OEM returns IPS validations.
More definitive failure projection.

Regards,

Jim

---

From: Hutten, James
Sent: Wednesday, July 27, 2005 10:40 AM
To: Luhrs, Bill; Ornelas, David; Humphries, Tom; Frazier, Hans; Gamez, David
Cc: Quezada, Dolores; Caffey, Stuart; Quintero, Leo; Aparo, Duane; Powell, John
Subject: RE: Functional Test Update
Importance: High

Confidential
DELL0087448

All,

Duane Aparo and I are reviewing an update on the GX280 with SAM managers today at 3PM. We will forward the update to all on the distribution today.

Regards,

Jim

---

From: Luhrs, Bill
Sent: Wednesday, July 27, 2005 10:37 AM
To: Ornelas, David; Hutten, James; Humphries, Tom; Frazier, Hans; Gamez, David
Cc: Quezada, Dolores; Caffey, Stuart; Quintero, Leo
Subject: RE: Functional Test Update

David/Hans - Can you please summarize our current test results on the MB's and capacitors for the secondary cause and send to David.

Thanks - Bill

---

From: Ornelas, David
Sent: Wednesday, July 27, 2005 10:18 AM
To: Luhrs, Bill; Hutten, James; Humphries, Tom
Cc: Quezada, Dolores; Caffey, Stuart
Subject: Functional Test Update

Bill,

Can you please give me an update on your test on visual vs. functional fails on GX 280s?

Thanks!!

Dave

Confidential
DELL0087449