**TAB 43**

Subject: Continued Nichicon Cap Failures
Location: RR2W-1 Hickory Conf Rm Con Call: 1-877-991-3923; PC: 220619#

Start: Thu 6/30/2005 3:00 PM
End: Thu 6/30/2005 4:00 PM

Recurrence: (none)

Meeting Status: Accepted

Organizer: Luhrs, Bill
Required Attendees: Luhrs, Bill; Moore, Kevin; Humphries, Tom; Quezada, Dolores; Watson, Mark A; Lynch, Cherry; DiLullo, Jeff

Conf Call Info:
Toll Free: 1-877-991-3923
Part PC: 220619#

Thanks,
Robbie Lindenblatt
88555

---

From: Moore, Kevin
Sent: Tuesday, June 21, 2005 10:32 AM
To: Luhrs, Bill; Humphries, Tom; Quezada, Dolores; Watson, Mark A; Lynch, Cherry; DiLullo, Jeff
Cc: Lindenblatt, Robbie; Legere, David
Subject: Continued Nichicon Cap Failures

Bill,

The segments have requested that you setup a meeting to review the latest status on the Nichicon capacitor failures. The segments and regions are receiving escalations for Nichicon cap failures on SX270 and GX270 that are outside the original date ranges and on GX280's. They are also concerned that Nichicon capacitors were used in the repair process as well and want to understand the exposure on these boards as well.

IPS has communicated that there is a known issue with Nichicon caps that were manufactured from Feb. 2004 through July 2004. These are cap manufacturing dates NOT system ship dates.

Can you set this meeting up?

Thanks,

Kevin Moore
512-728-1940

Highly Confidential
DELL0134854