**TAB 47**

| | |
|---|---|
| From: | /O=DELL/OU=AUSTIN/CN=RECIPIENTS/CN=JEFFREY_DILLULLO |
| Sent: | Monday March 29, 2004 09:48 PM |
| To: | Haynes, Ian; Steele, Bob; Moore, Kevin |
| Cc: | Lupo, Patrick; DiLullo, Jeff |
| Subject: | RE: Additional Information on Thermal Events at STB |

Bob,

Can you follow up with Ian. I agree--we need to avoid all language indicating the boards were bad or had "issues" per our discussion this morning. The focus is on the fact that no boards have exceeded standard ranges, but we have, as a normal quality improvement process, have developed boards that increase moderately ESD discharge susceptibility.

Let's review verbiage after you get with Ian, then we likely need to run by legal for final review. Need to communicate back to STB where we are in the process also.

Jeff

---

From: Haynes, Ian
Sent: Monday, March 29, 2004 1:29 PM
To: Steele, Bob; Moore, Kevin; DiLullo, Jeff
Cc: Lupo, Patrick
Subject: RE: Additional Information on Thermal Events at STB

All,

Not certain that I can accept this issue via e-mail. With that said, Bob, you and I should talk as I do not have any of the context for this issue nor any understanding that this has been root caused at the customers location, etc.

Some of the information provided below is not accurate. Please don't message your first paragraph below until we have had a chance to tie off.

I'm on the run until 2:30p please give me a call at that time.

Thanks,
Ian

---

From: Steele, Bob
Sent: Monday, March 29, 2004 1:15 PM
To: Moore, Kevin; DiLullo, Jeff
Cc: Lupo, Patrick; Haynes, Ian
Subject: RE: Additional Information on Thermal Events at STB

Highly Confidential
DELL0141994

Here's my proposed response to Peter, please review and suggest changes.
Ian, can you please confirm the date ranges surrounding the GX260 thermal event errors?


Peter,
Dell first became aware of the Thermal Shutdown issue in Nov of 02. At that time, there were only a handful of customers who had reported the issue worldwide. Further investigation revealed the problem to be related to ESD discharge to the system. In December of 03, a motherboard revision was made to address the issue. The revised motherboard was never shipped from the factory, they were only used as field stock to replace failed components. Due to the fact that the failure rate for this error never exceeded projections, Dell did not implement a proactive notification or replacement of motherboards.

The HD failure is a completely separate issue, although they may have occurred sequentially in STB's environment.Because of Dell's direct model, we knew in real time that certain models of hard drives were failing at a much faster than anticipated rate. These drives were captured, and sent to the manufacturer for failure analysis. As more and more data became available, sizes and manufacturing date ranges were expanded to cover a wider range. At this point in time, Dell is formulating a proactive response to address the remainder of our customers.


The information above is Dell Confidential, and as such is subject to the NDA in place between Dell Inc and Simpson, Thacher & Bartlett.




-----

From: Moore, Kevin
Sent: Monday, March 29, 2004 7:18 AM
To: DiLullo, Jeff; Steele, Bob
Cc: Lupo, Patrick
Subject: RE: Additional Information on Thermal Events at STB


The best person to provide a response is Ian Haynes in IPS. He was the person that worked this issue when it was first reported.



Kevin Moore
512-728-1940

-----Original Message-----
From: DiLullo, Jeff
Sent: Monday, March 29, 2004 5:42 AM
To: Steele, Bob; Moore, Kevin
Cc: Lupo, Patrick; DiLullo, Jeff

Highly Confidential
DELL0141995

Subject: FW: Additional Information on Thermal Events at STB

Bob,
Based on the PSQN, we should probably be able to formulate a simple response to Peter's questions regarding timing of the boards, and what the diagnosis would be that could differentiate from the HDD problem. Wouldn't do the research yourself, but get with Kevin or someone for PG and OPTI T/S to review the questions and formulate an answer.

Please get with me before we respond to Peter.

Jeff

---

From: Pilato, Peter J [mailto:ppilato@stblaw.com]
Sent: Tuesday, March 23, 2004 4:59 PM
To: bob_steele@dell.com; jeff_dilullo@dell.com; mark_pinkman@dell.com; kevin_moore@dell.com
Cc: patrick_lupo@dell.com; Donnelly, Michael D; Crupi, Josephine J; Velez, Milton; Pilato, Peter J
Subject: Additional Information on Thermal Events at STB

I checked our log records of calls that we make to Dell for service. My logs show the following information:

Between Nov. 5, 2003 - Mar. 5, 2004 my logs show that there were 16 service calls placed to Dell for motherboard issues. They may not ALL have been described as being Thermal Event issues at the time of the call.

My logs do show 4 specific calls for Thermal event failures, which is consistent with what was stated in the Conference call today.

However, since we have been experiencing both the Hard Drive issue, as well as the Thermal event issue, early on when it was NOT very clear to us what was happening, many of the Hard Drive calls placed to Dell were also PC's that were experiencing the Thermal event issue as well. I am not able to break that down, but our lack of knowledge early on about a potential issue, led many staff members to attribute certain "issues" as being more hard drive related than thermal related.

I cannot account for all the words and descriptions that were used when ST&B techs called Dell for support, but I do recall that the hard drive issue and thermal event issues were happening concurrently (even though they are totally separate issues), and the tech support people at Dell did their best (at times) to help us in determing the problem.

I have informed my staff, as well as the Helpdesk to better document any thermal event calls that we get from our user community.

When did Dell first know of the motherboard issue?

Depending on that date, would Dell support have been able to distinguish the difference between hard drive

and motherboard issues and communicate that to their client base?

Whenever we called Dell support and inquired of them if other sites were experiencing these problems, we were told that "we were the only site" calling in these kind of problems.

Please let me know if you need any further information.


Peter J. Pilato
Manager - Network Operations/Remote Access
Simpson Thacher & Bartlett LLP
(212) 455-2914 (Phone)
(212) 455-2502 (Fax)
(888) 443-3980 (Alpha Pager)
HYPERLINK "mailto:ppilato@stblaw.com"ppilato@stblaw.com