**TAB 48**

| | |
|---|---|
| From: | /O=DELL/OU=AUSTIN/CN=RECIPIENTS/CN=634146D8 |
| Sent: | Tuesday March 29, 2005 04:44 PM |
| To: | Burris, Mike; DiLullo, Jeff |
| Cc: | Davis, Martin F; Davis, David |
| Subject: | FW: Alston & Bird Action Items |

Mike -- this is the email we just spoke about. Let's do an internal call tomorrow at 7:30AM CST to address. I know this has been a headache, but I think we are most of the way through it.

Cory

-----

From: Allaman, Jeff [mailto:JAllaman@alston.com]
Sent: Tuesday, March 29, 2005 4:23 PM
To: Dial, Cory
Subject: FW: Alston & Bird Action Items

Cory - I'm really dying here. I'm sure Mike is a good guy and is trying but at this point the job just isn't getting done. In the attached message you can see 6 action items which Mike presented to Jim almost a month after we raised the distress call. The due dates on 4 of the 6 have come and gone with no resolution. Unfortunately, I had passed these dates on up the line and I am now getting asked why nothing is being done. Add that on top of the technicians giving the Raleigh server a completely clean bill of health (and subsequently asking if we wanted to close the issue) and the perceptions here are going the wrong way. Any suggestions on what we can do?

Thanks,

Jeff

-----

From: Mike_Burris@Dell.com [mailto:Mike_Burris@Dell.com]
Sent: Tuesday, March 22, 2005 2:28 PM
To: Slusher, Jim
Cc: Thraen, Jayne; Cory_Dial@Dell.com; Mike_Burris@Dell.com
Subject: Alston & Bird Action Items

Mr. Slusher,

Per our conversation earlier, I am currently working within Dell on the following action items:

1) Action plan to address the recent rash of enterprise failures.
    - 17 issues escalated in the past 30 days
    - Senior management in our Gold Technical Support team has been tasked to provide a plan of action moving forward to address the failures, and overall stability of Alston & Bird enterprise equipment

    - Status due to Alston & Bird by 2/23 close of business

2) Analysis of D600 failures. Alston & Bird continues to see D600 USB issues. I am working with our Product Group to determine if this USB issue is tied to Bluetooth motherboard component failures. If there is a relation, we will begin planning a proactive field replacement of the D600 motherboards

    - Status due to Alston & Bird by 2/25

3) Continue monitoring the motherboard and hard drive failure rates of GX270 systems.
    - Current failure rates are less than 2%. However, most of the systems were warehoused until May of 2004 and may now be coming into the predominate failure range for motherboard capacitor issues

    - If failures begin to trend upwards we will address a proactive field replacement at that time
    - Mike Burris will conduct an analysis for the next 3 months to determine trending data. Status to be provided to Jim Slusher and Dell Account Team

4) Provide messaging on RAID management software changes
    - Dell Marketing does not have a consistent method for pushing technical RAID issues (i.e. no multiple containers in one RAID array) to end users

    - Mike Burris to status this communication by Friday 3/25

5) Perform a more detailed analysis of the recent 4 hour parts "misses" to the New York and Raleigh facilities
    - Issue is being escalated to the Dell Service Logistics Team for further analysis
    - Status due back by 3/24

6) Evaluation of Unisys support to Alston & Bird in the Atlanta area
    - Service History Report shows that the service provider has numerous service issues that were "delayed upon customer request"

    - Mr. Slusher has indicated that the service provider can not arrive during normal business hours and then labels this as "delayed upon customer request" because Alston & Bird personnel will not stay after hours while they service the equipment

    - Mr. Slusher is going to provide me with specific incidents and service tags. Upon receipt of these incidents I will create an escalation to our Dell Service Provider management team

    - Status to be provided ASAP

Please let me know if there are any issues that I have overlooked, or other areas where more attention is needed.

Regards,


Mike Burris
PAD Sr. Service Account Manager
W: (512) 724-9109
C: (512) 771-6320
HYPERLINK "mailto:Mike_Burris@dell.com"Mike_Burris@Dell.com

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (404-881-7000) or by electronic mail (postmaster@alston.com), and delete this message and all copies and backups thereof. Thank you.