**TAB 49**

| | |
|---|---|
| From: | /O=DELL/OU=AUSTIN/CN=RECIPIENTS/CN=MIKE_BURRIS |
| Sent: | Wednesday March 30, 2005 10:51 AM |
| To: | 'Allaman, Jeff'; Thraen, Jayne |
| Cc: | Dial, Cory; DiLullo, Jeff; Slusher, Jim |
| Subject: | RE: Alston & Bird Action Items |

Mr. Allaman,

Thank you for making the time. I have forwarded you a meeting invitation and set-up a conference call number to utilize.

Please let me know if there are any additional issues that you would like to discuss during this conference call so I may add them to the agenda.


Mike Burris
PAD Sr. Service Account Manager
W: (512) 724-9109
C: (512) 771-6320
HYPERLINK "mailto:Mike_Burris@dell.com"Mike_Burris@Dell.com



-----

From: Allaman, Jeff [mailto:JAllaman@alston.com]
Sent: Wednesday, March 30, 2005 10:21 AM
To: Burris, Mike; Thraen, Jayne
Cc: Dial, Cory; DiLullo, Jeff; Slusher, Jim
Subject: RE: Alston & Bird Action Items


Jayne and I can be available tomorrow at 2:30.

Thanks.

-----

From: Mike_Burris@Dell.com [mailto:Mike_Burris@Dell.com]
Sent: Wednesday, March 30, 2005 9:33 AM
To: Allaman, Jeff; Thraen, Jayne
Cc: Cory_Dial@Dell.com; Jeff_DiLullo@Dell.com; Slusher, Jim
Subject: RE: Alston & Bird Action Items


Mr. Allaman,

Please let me know a time today this is convenient for you to be on a conference call.

I would like to discuss my responses, as well as the action items moving forward. Many of the items you have commented on have been discussed during previous calls with Alston&Bird personnel, and I would like to review this back ground information with you today.

Highly Confidential
DELL0142180

Regards,

Mike Burris
PAD Sr. Service Account Manager
W: (512) 724-9109
C: (512) 771-6320
HYPERLINK "mailto:Mike_Burris@dell.com"Mike_Burris@Dell.com

―――

From: Allaman, Jeff [mailto:JAllaman@alston.com]
Sent: Wednesday, March 30, 2005 8:14 AM
To: Burris, Mike; Thraen, Jayne
Cc: Dial, Cory; DiLullo, Jeff; Slusher, Jim
Subject: RE: Alston & Bird Action Items

Mike, I'm sorry, but this is completely unacceptable. Per action item:

1. All that has been done is a statement that Gold Technical Support is now monitoring all A&B incidents. This should ALWAYS be done for all clients, that's why we pay for Gold support. Absolutely no mention is made as to why we have been experiencing so many problems and no proactive steps are suggested.

2. Your response makes no mention as to whether the USB issue is tied to the Bluetooth motherboard component failures, the whole concern of which we had requested an investigation. Further more, it seems that the future plan of attack on this issue is to wait and see if the problem continues. At a bare minimum, we would like to have seen how you would anticipate replacing motherboards on over 700 laptops used by a constantly traveling work force.

3. A description of how wide spread this issue would have been helpful. Is this a problem Dell is encountering across the entire model production or have you narrowed it down to specific product runs? If so, how many (and which) of our machines were produced in those product runs. We are continuing to gather information, but it was our understanding that this is a known issue with the GX270's as they approach "day 300" We would prefer to be proactive and prepare for problems as opposed to waiting to see if our failure rates start increasing.

4. Please let me know if there is someone in Dell Marketing we can speak with to inquire about a status. The instability and inconsistency of the RAID arrays on Dell servers has made it difficult for us to have any confidence in the redundancy they are supposed to provide.

5. I have asked my team to provide details but I believe the situation in Raleigh revolved around the fact that the parts were there but the engineer wasn't. In New York, I believe we delayed the delivery due to the receiving a call that the parts were going to be late. Please send me any information you have on these calls, including contacts at A&B, date, time, etc. I will share the same information once I have it.

I can't emphasize enough how proactive and aggressive we have to be here. I need definitive information on why we are experiencing such high failure rates on our servers and laptops and if I need to start planning for the same level of failures on our desktops. Additionally, I need to be convinced that we can expect to receive the highest level of quality support in resolving these issues as they occur.

Jeff

Jeff Allaman
Director of Information Technology
Alston + Bird, LLP
404.881.7019
jallaman@alston.com

---

From: Mike_Burris@Dell.com [mailto:Mike_Burris@Dell.com]
Sent: Tuesday, March 29, 2005 8:25 PM
To: Thraen, Jayne; Allaman, Jeff
Cc: Cory_Dial@Dell.com; Jeff_DiLullo@Dell.com
Subject: FW: Alston & Bird Action Items

Mrs. Thraen,

Please see my updates to the action items status (below).

I apologize for the delay in obtaining resolution on these issues.

Mike Burris
PAD Sr. Service Account Manager
W: (512) 724-9109
C: (512) 771-6320
HYPERLINK "mailto:Mike_Burris@dell.com"Mike_Burris@Dell.com


Mr. Slusher,

Per our conversation earlier, I am currently working within Dell on the following action items:

1) Action plan to address the recent rash of enterprise failures.
    - 17 issues escalated in the past 30 days
    - Senior management in our Gold Technical Support team has been tasked to provide a plan of action moving forward to address the failures, and overall stability of Alston & Bird enterprise equipment

    Gold Technical Support is now monitoring all Alston & Bird incidents. There is no systemic failures showing in the Alston & Bird environment.

2) Analysis of D600 failures. Alston & Bird continues to see D600 USB issues. I am working with our Product Group to determine if this USB issue is tied to Bluetooth motherboard component failures. If there is a relation, we will begin planning a proactive field replacement of the D600 motherboards

Alston & Bird has experienced a greater than 10% failure rate on their D600 laptops for motherboard related issues. Dell is currently seeking additional sources of motherboards so that we can engage with Alston & Bird and proactively replace motherboards before USB/Bluetooth failure

    3) Continue monitoring the motherboard and hard drive failure rates of GX270 systems.

Highly Confidential
DELL0142182

      - Current failure rates are less than 2%. However, most of the systems were warehoused until May of 2004 and may now be coming into the predominate failure range for motherboard capacitor issues

      - If failures begin to trend upwards we will address a proactive field replacement at that time
      - Mike Burris will conduct an analysis for the next 3 months to determine trending data. Status to be provided to Jim Slusher and Dell Account Team

Monitoring reports are run on monthly basis. There has been no update to this status since the previous teleconference with Mr. Slusher.

4) Provide messaging on RAID management software changes
      - Dell Marketing does not have a consistent method for pushing technical RAID issues (i.e. no multiple containers in one RAID array) to end users

      Communications issue has been escalated to Dell Enterprise Engineering Development. No status has been provided as to how communications issues are resolved. I have submitted an additional escalation to our Enterprise Program Management team for further assistance.

5) Perform a more detailed analysis of the recent 4 hour parts "misses" to the New York and Raleigh facilities
      - Issue is being escalated to the Dell Service Logistics Team for further analysis


 After action reviews of the two recent service incidents in Raleigh and New York were completed by Dell's America's Service Logistics Team.  The specifics of the incidents are:

1) Service Tag - F718T11(Raleigh) - case 96662970 - Dell's records indicate that the parts were delivered within the 4 hour service level agreement

2) Service Tag - 67WY641(New York) - case 96612616 - Dell's records indicate that the service call was deferred upon customer request. Deferral was request so that the parts were not needed until 2300 on 3/21

6) Evaluation of Unisys support to Alston & Bird in the Atlanta area
      - Service History Report shows that the service provider has numerous service issues that were "delayed upon customer request"

      - Mr. Slusher has indicated that the service provider can not arrive during normal business hours and then labels this as "delayed upon customer request" because Alston & Bird personnel will not stay after hours while they service the equipment

      - Mr. Slusher is going to provide me with specific incidents and service tags. Upon receipt of these incidents I will create an escalation to our Dell Service Provider management team

      No incidents were provided for analysis. Awaiting specific issues to address with Dell Service Providers

Please let me know if there are any issues that I have overlooked, or other areas where more attention is needed.

Regards,


Mike Burris

Case 5:07-cv-00426-H   Document 189-10   Filed 04/13/10   Page 5 of 6

Highly Confidential
DELL0142183

PAD  Sr. Service Account Manager
W: (512) 724-9109
C: (512) 771-6320
HYPERLINK "mailto:Mike_Burris@dell.com"Mike_Burris@Dell.com

---

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (404-881-7000) or by electronic mail (postmaster@alston.com), and delete this message and all copies and backups thereof. Thank you.

---

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (404-881-7000) or by electronic mail (postmaster@alston.com), and delete this message and all copies and backups thereof. Thank you.

---

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (404-881-7000) or by electronic mail (postmaster@alston.com), and delete this message and all copies and backups thereof. Thank you.

Highly Confidential
DELL0142184