**TAB 51**

| | |
|---|---|
| **From:** | /O=DELL/OU=AUSTIN/CN=RECIPIENTS/CN=CHERRY_LYNCH |
| **Sent:** | Friday July 01, 2005 09:52 AM |
| **To:** | Basinski, Patrick - Authorized Dell Representative; 'patrick.basinski@bakerbotts.com' |
| **Cc:** | McDonough, Matt - Authorized Dell Representative; Burris, Mike; DiLullo, Jeff |
| **Subject:** | FW: Alston and Bird Key E-mails |
| **Attachments:** | Alston and Bird Plan.xls; RE: GX270 failures; RE: GX270 failures; RE: FW: PAD - GX270 MB - Alston and Bird - Customer #39375989 Link#3479423; Alston and Bird Project meeting minutes 6/30/05; RE: Alston and Bird Project meeting minutes 6/30/05 |

Patrick,

Per our discussion, here is the background….Thanks!

Cherry

From: McDonough, Matt - Authorized Dell Representative
Sent: Friday, July 01, 2005 10:48 AM
To: Lynch, Cherry
Cc: Burris, Mike
Subject: Alston and Bird Key E-mails

Here is the current schedule for both GX270 and D600 MB replacements:

Here are 2 requests from Jeff Allaman at Alston and Bird for status on the parts needed to complete the GX270 portion of the project

Here is the status e-mail that was send out 6/20/05 in response to Jeff Allaman e-mail about the availability of parts to complete the GX270 portion of the project. This was reviewed by Cherry Lynch and the Account team before sending to the customer.

On 6/24/05 the first location, NYC, for GX270's was completed. Overall 108 GX270 systems were to be serviced, 104 GX270 had the MB replaced, 4 systems were found to have been previously serviced through either break fix or seed stock. The project was completed on time and to the satisfaction of the customer. Here is the e-mail I received from Amy Villalba the Alston and Bird project leader in NYC.

Here are the current action items for the project

Regards,

Matt

Matt McDonough
Dell, Inc.
PAD/ SMB PFR PM
matt_mcdonough@dell.com
*Please note new number*
512-651-8408
512-283-7758 - FAX

Highly Confidential
DELL0142207

| | A | B | C |
|---|---|---|---|
| 1 | **Alston & Bird Plan** | | |
| 2 | **Date** | **D600** | **GX270 KBB** |
| 3 | 6/24/2005 | | NYC |
| 4 | 7/9/2004 | RTA, NYC | RTA, CLT, WDC |
| 5 | 7/16/2005 | CLT, WDC | ATL 1 |
| 6 | 7/23/2005 | ATL 1 | ATL 2 |
| 7 | 7/30/2005 | ATL 2 | |
| 8 | 8/6/2005 | | |
| 9 | 8/13/2005 | | |
| 10 | 8/20/2005 | | |
| 11 | | | |
| 12 | | | |
| 13 | | NYC | New York City, NY |
| 14 | | RTA | Raleigh, NC |
| 15 | | CLT | Charlette, NC |
| 16 | | WDC | Washington, DC |
| 17 | | ATL | Atlanta, GA |

Highly Confidential
DELL0142208

| | |
|---|---|
| **From:** | JAllaman@alston.com |
| **Sent:** | Monday June 20, 2005 02:33 PM |
| **Subject:** | RE: GX270 failures |

I'm very disappointed to say that I haven't heard from anyone on this, I must not have appropriately relayed the criticality of the situation. We are going to proceed with the current plan to replace the motherboards in our New York office this weekend and I look forward to confirmation that we will be able to address our other sites as well.

Jeff

---

From: Allaman, Jeff
Sent: Friday, June 17, 2005 1:21 PM
To: jeff_shuster@dell.com; martin_f_davis@dell.com; Cory Dial (cory_dial@dell.com); Mike_Burris@Dell.com; Matt_McDonough@Dell.com

Cc: David_Davis@Dell.com
Subject: GX270 failures

Gentlemen, I'm sorry to bother you but I need some assistance with the message below. As I understand it, the graph of failures on the GX270's shows a very rapid failure rate once the problems begin to occur. We have been working with Mike Burris for a couple of weeks in developing a strategy to proactively replace the boards in our systems as we are already suffering from significant failures. If the statement below is true, our failure rate is going to drastically escalate before we are able to get the systems upgraded. I simply cannot allow this to happen as I was one of the key proponents for continuing to use Dell equipment even in light of our recent problems. If you aren't aware, we have had issues with servers, (RAID arrays crashing, parts not showing up when promised, large number of service calls), with desktops and laptops (the motherboard issue, high failure rates on our D600 laptops, and USB issues on D400 and D600's), and with service (vendors not showing up, not having parts, delayed resolutions from Dell.) These issues have already prevented me from being able to consider Dell for our printer refresh project and to be perfectly candid, should our desktop failure rate escalate any further, will prevent me from considering Dell for our Technology Refresh in 2007. Please let me know what can be done to insure that we will receive all of the GX270 motherboards necessary to complete the replacements by no later than August 15th.

Thanks,

Jeff

Jeff Allaman
Director of Information Technology
Alston + Bird, LLP
404.881.7019
jallaman@alston.com

--------------------------------------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------------------------------------
-------------------------------------------------

Jeff,
    As you and I discussed, during today's conference call with Dell Mike Burris informed us that the Dell supply chain had totally "crashed". Their suppliers are not able to supply enough motherboards to proceed with our project. Our allocation of motherboards has been redistributed to warranty repair.

Highly Confidential
DELL0142209

They can commit to completing the NYC office but can not commit to anything beyond that. According to the project manager, Matt McDonough, even when they can resume the project (date to be determined later) they will not be able to commit to more than one office per weekend. Apparently, they are allocated so many units per week. Once those are gone they have to wait another week. Once we decide on a date they will not be able to make a final commitment until 10 days prior to that date.

The immediate question for our folks is -- do we proceed with NYC or hold off until we can complete the entire project? We were scheduled to start on the 24th which is next Friday.

Jimbo

Jeff Allaman
Director of Information Technology
Alston + Bird, LLP
404.881.7019
jallaman@alston.com

*********************************************************
IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

_____

NOTICE: This e-mail message and all attachments transmitted with it
may contain legally privileged and confidential information intended
solely for the use of the addressee. If the reader of this message is not
the intended recipient, you are hereby notified that any reading,
dissemination, distribution, copying, or other use of this message or its
attachments is strictly prohibited. If you have received this message in
error, please notify the sender immediately by telephone
(404-881-7000) or by electronic mail (postmaster@alston.com), and
delete this message and all copies and backups thereof. Thank you.

_____

Highly Confidential
DELL0142210

| From: | /O=DELL/OU=AUSTIN/CN=RECIPIENTS/CN=MATT_MCDONOUGH |
|---|---|
| Sent: | Monday June 20, 2005 04:21 PM |
| Subject: | RE: GX270 failures |

Jeff,

I have just received confirmation from my team about part allocation for the Alston and Bird GX270/D600 MB project.

- My team is on schedule and have boards allocated for the GX270 MB project in NYC on Friday 6/24
- My team is confident that the remaining GX270 MB's and D600 MB's needed to complete the rest of the project will be in place.
- Per your request from the previous e-mail the Alston and Bird GX270/D600 MB project is on schedule to be completed by the latest on 8/15.

If you or your team have any questions please feel free to contact me.

Regards,

Matt

Matt McDonough
Dell, Inc.
PAD/ SMB PFR PM
matt_mcdonough@dell.com
*Please note new number*
512-651-8408
512-283-7758 - FAX

From: Allaman, Jeff [mailto:JAllaman@alston.com]
Sent: Monday, June 20, 2005 3:33 PM
To: Allaman, Jeff; Shuster, Jeff; Davis, Martin F; Dial, Cory; Burris, Mike; McDonough, Matt - Authorized Dell Representative
Cc: Davis, David
Subject: RE: GX270 failures

I'm very disappointed to say that I haven't heard from anyone on this, I must not have appropriately relayed the criticality of the situation. We are going to proceed with the current plan to replace the motherboards in our New York office this weekend and I look forward to confirmation that we will be able to address our other sites as well.

Jeff

From: Allaman, Jeff

Highly Confidential
DELL0142211

Sent: Friday, June 17, 2005 1:21 PM
To: jeff_shuster@dell.com; martin_f_davis@dell.com; Cory Dial (cory_dial@dell.com);
Mike_Burris@Dell.com; Matt_McDonough@Dell.com

Cc: David_Davis@Dell.com
Subject: GX270 failures

Gentlemen, I'm sorry to bother you but I need some assistance with the message below. As I understand it, the graph of failures on the GX270's shows a very rapid failure rate once the problems begin to occur. We have been working with Mike Burris for a couple of weeks in developing a strategy to proactively replace the boards in our systems as we are already suffering from significant failures. If the statement below is true, our failure rate is going to drastically escalate before we are able to get the systems upgraded. I simply cannot allow this to happen as I was one of the key proponents for continuing to use Dell equipment even in light of our recent problems. If you aren't aware, we have had issues with servers, (RAID arrays crashing, parts not showing up when promised, large number of service calls), with desktops and laptops (the motherboard issue, high failure rates on our D600 laptops, and USB issues on D400 and D600's), and with service (vendors not showing up, not having parts, delayed resolutions from Dell.) These issues have already prevented me from being able to consider Dell for our printer refresh project and to be perfectly candid, should our desktop failure rate escalate any further, will prevent me from considering Dell for our Technology Refresh in 2007. Please let me know what can be done to insure that we will receive all of the GX270 motherboards necessary to complete the replacements by no later than August 15th.

Thanks,

Jeff

Jeff Allaman
Director of Information Technology
Alston + Bird, LLP
404.881.7019
jallaman@alston.com

--------------------------------------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------------------------------------
-------------------------------------------------

Jeff,
        As you and I discussed, during today's conference call with Dell Mike Burris informed us that the Dell supply chain had totally "crashed". Their suppliers are not able to supply enough motherboards to proceed with our project. Our allocation of motherboards has been redistributed to warranty repair.

        They can commit to completing the NYC office but can not commit to anything beyond that. According to the project manager, Matt McDonough, even when they can resume the project (date to be determined later) they will not be able to commit to more than one office per weekend. Apparently, they are allocated so many units per week. Once those are gone they have to wait another week. Once we decide on a date they will not be able to make a final commitment until 10 days prior to that date.

        The immediate question for our folks is -- do we proceed with NYC or hold off until we can complete the entire project? We were scheduled to start on the 24th which is next Friday.

Jimbo

Highly Confidential
DELL0142212

Jeff Allaman
Director of Information Technology
Alston + Bird, LLP
404.881.7019
jallaman@alston.com

*********************************************************

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (404-881-7000) or by electronic mail (postmaster@alston.com), and delete this message and all copies and backups thereof. Thank you.

Highly Confidential
DELL0142213

| | |
|---|---|
| **From:** | AVillalba@alston.com |
| **Sent:** | Friday June 24, 2005 01:27 PM |
| **Subject:** | RE: FW: PAD - GX270 MB - Alston and Bird - Customer #39375989 Link#3479423 |

The techs arrived at 8 am and left at 2:30 pm. As I mentioned at our 1 pm call, the Qualxserv techs did a tremendous job. They were very professional, organized, neat, fast and a pleasure to work with!

Here's the status:

We had 1 system we could not locate and 1 system off-site - >2 systems for A+B to replace MB

We had 5 systems the techs flagged as having MB replaced already

1 new MB was defective and was labeled and boxed with the other bad boards for shipment back to Dell

We have 6 remaining new MBs. 2 will be allocated for the systems we need to replace.

I left a message for Randy Christman, but wanted to say again that I would, without reservation highly recommend Matt and his team again and hope to see them back in NYC for the D600 MB project. I don't have Randy or Matt's e-mail so please pass this on.

Thanks for everything and have a nice weekend.

Amy

‾‾‾‾‾‾

From: Matt_McDonough@Dell.com [mailto:Matt_McDonough@Dell.com]
Sent: Thursday, June 23, 2005 12:37 PM
To: Villalba, Amy
Cc: Ramos-Lopez, Lissette; Woods, Derick; Slusher, Jim
Subject: RE: FW: PAD - GX270 MB - Alston and Bird - Customer #39375989 Link#3479423

Super!

Regards,
Matt
Matt McDonough
Dell, Inc.
PAD/ SMB PFR PM
matt_mcdonough@dell.com
*Please note new number*
512-651-8408
512-283-7758 - FAX

‾‾‾‾‾‾

From: Villalba, Amy [mailto:AVillalba@alston.com]
Sent: Thursday, June 23, 2005 11:34 AM

Highly Confidential
DELL0142214

To: McDonough, Matt - Authorized Dell Representative
Cc: Ramos-Lopez, Lissette; Woods, Derick; Slusher, Jim
Subject: RE: FW: PAD - GX270 MB - Alston and Bird - Customer #39375989 Link#3479423
Importance: High


Randy and Matt Byerly put my mind at rest that 4 techs will be sufficient. Matt also said he can have a tech here within an hour if we need. Unless there's anything else you can think of, we'll talk tomorrow at 1 pm.
Amy

_____

From: Matt_McDonough@Dell.com [mailto:Matt_McDonough@Dell.com]
Sent: Thursday, June 23, 2005 11:23 AM
To: Villalba, Amy
Subject: FW: FW: PAD - GX270 MB - Alston and Bird - Customer #39375989 Link#3479423
Importance: High


Amy,

Here are the names of the Qualxserv team that will be coming to your office tomorrow at 8am

Matt Byerly (lead)
Randy Byerly
Chuck Carson
Shady Wahba

I spoke with Randy, who will not be onsite, but I was able to give him some details of the project to relay to his team. He assured me the if you team was able to help locate the systems quickly and nothing unusual happens they should be able to complete the project on time. I also mention the contingency of working later on Friday evening if the job wasn't completed and Randy said he would prefer that as a contingency plan as well.

Randy Christman
Office: 978-848-9204
Cell: 978-302-8348

Regards,
Matt
Matt McDonough
Dell, Inc.
PAD/ SMB PFR PM
matt_mcdonough@dell.com
*Please note new number*
512-651-8408
512-283-7758 - FAX

_____

From: Christman, Randy [mailto:Randy.Christman@qualxserv.net]
Sent: Thursday, June 23, 2005 9:42 AM

Highly Confidential
DELL0142215

To: Quadri, Juliana - Authorized Dell Representative; McDonough, Matt - Authorized Dell Representative;
Melendez, Richard; RRobertson@DellPFR.com
Cc: GX270@DellPFR.com; kruggiero@dellpfr.com
Subject: RE: FW: PAD - GX270 MB - Alston and Bird - Customer #39375989 Link#3479423
Importance: High


Correction on the names:

Matt Byerly (lead)
Randy Byerly
Chuck Carson
Shady Wahba


Randy Christman
Office: 978-848-9204
Cell: 978-302-8348


-----Original Message-----
From: Christman, Randy
Sent: Thursday, June 23, 2005 10:28 AM
To: 'Juliana_Quadri@Dell.com'; Matt_McDonough@Dell.com; Richard_Melendez@Dell.com;
RRobertson@DellPFR.com
Cc: GX270@DellPFR.com; kruggiero@dellpfr.com
Subject: RE: FW: PAD - GX270 MB - Alston and Bird - Customer #39375989 Link#3479423
Importance: High


  I have left 2 voice mails for Amy at her desk Cell just rings Asked to have her paged but she is in a
meeting that is scheduled to last at least an hour from now.

  Here are three names I will have a fourth shortly.

Chuck Carson
Shady Wahba
Mike Smith


Randy Christman
Office: 978-848-9204
Cell: 978-302-8348


-----Original Message-----
From: Juliana_Quadri@Dell.com [mailto:Juliana_Quadri@Dell.com]
Sent: Thursday, June 23, 2005 9:27 AM
To: Matt_McDonough@Dell.com; Richard_Melendez@Dell.com; RRobertson@DellPFR.com;
randy.christman@qualxserv.net
Cc: GX270@DellPFR.com; kruggiero@dellpfr.com
Subject: RE: FW: PAD - GX270 MB - Alston and Bird - Customer #39375989 Link#3479423

Highly Confidential
DELL0142216

Randy,

We will need the list of technicians that will be onsite tomorrow for Alston and Bird.

Thanks,

Juliana

_____

From: McDonough, Matt - Authorized Dell Representative
Sent: Wednesday, June 22, 2005 5:42 PM
To: Melendez, Richard; 'Randy Robertson'; 'randy.christman@qualxserv.net'
Cc: 'GX270'; Quadri, Juliana - Authorized Dell Representative; 'kruggiero@dellpfr.com'
Subject: RE: FW: PAD - GX270 MB - Alston and Bird - Customer #39375989 Link#3479423

That is great news.

Please note the customer needs a list of personal that will be onsite by Thurs as part of building security.

Regards,
Matt
Matt McDonough
Dell, Inc.
PAD/ SMB PFR PM
matt_mcdonough@dell.com
*Please note new number*
512-651-8408
512-283-7758 - FAX

_____

From: Melendez, Richard
Sent: Wednesday, June 22, 2005 5:39 PM
To: McDonough, Matt - Authorized Dell Representative; 'Randy Robertson';
'randy.christman@qualxserv.net'
Cc: 'GX270'; Quadri, Juliana - Authorized Dell Representative; 'kruggiero@dellpfr.com'
Subject: RE: FW: PAD - GX270 MB - Alston and Bird - Customer #39375989 Link#3479423

We are prepared to service this account on Friday @ 8AM as originally requested. See attached e-mail. We have a VM into the POC provided - Derrick Woods @ 212-210-9491 to finalize arraignments. We are awaiting a response.

POC Amy Villalba is new information, we will follow-up tomorrow and advise related to a final ETA..

        Regards.
Richard Melendez

QUALXSERV
Technology Service. Solved!
Winner of the 2004 Dell Diamond Award
Dell Service Provider of the Year
BUS: (512) 723-5883; MOBILE: (512) 796-0531

------

From: McDonough, Matt - Authorized Dell Representative
Sent: Wednesday, June 22, 2005 5:18 PM
To: 'Randy Robertson'; randy.christman@qualxserv.net; Melendez, Richard
Cc: GX270; Quadri, Juliana - Authorized Dell Representative
Subject: RE: FW: PAD - GX270 MB - Alston and Bird - Customer #39375989 Link#3479423

Randy,

Please see the contact info from my request:

CUSTOMER NAME: Alston and Bird
CONTACT NAME: Amy Villalba
CONTACT PHONE: Desk 212-210-9515 / Cell 404-805-1731 / Operator page 212-210-9400
ALT CONTACT NAME: Derrick Woods
ALT CONTACT PHONE: 212-210-9491

Regards,
Matt
Matt McDonough
Dell, Inc.
PAD/ SMB PFR PM
matt_mcdonough@dell.com
*Please note new number*
512-651-8408
512-283-7758 - FAX

------

From: Randy Robertson [mailto:RRobertson@DellPFR.com]
Sent: Wednesday, June 22, 2005 5:10 PM
To: randy.christman@qualxserv.net; Melendez, Richard
Cc: GX270; McDonough, Matt - Authorized Dell Representative; Quadri, Juliana - Authorized Dell Representative
Subject: RE: FW: PAD - GX270 MB - Alston and Bird - Customer #39375989 Link#3479423

Qualxserv Team,

Please respond to all with an update on the request below. We will need to have an answer ASAP for Dell concerning this customer. From Katie's email below I am seeing that Saturday is the first available date for that area unless I am reading it incorrectly. Please respond to all.

Highly Confidential
DELL0142218

Edit: Yes it is the location in New York. That was Mr. Christman's last Question to Katie. Related emails are attached.

Thanks,

Randy Robertson
Dell Proactive Field Replacement
Customer Support
HYPERLINK "mailto:rrobertson@dellpfr.com"rrobertson@dellpfr.com
'From: Katie Ruggiero [mailto:KRuggiero@DellPFR.com]
Sent: Wednesday, June 22, 2005 2:23 PM
To: Quadri, Juliana - Authorized Dell Representative
Cc: GX270
Subject: FW: FW: PAD - GX270 MB - Alston and Bird - Customer #39375989 Link#3479423
I was informed by Randy with Qualxserv is in contact with the customer and they would have technicians available for Sat. Customer is to receive parts tommorrow via DHL.

Katie Ruggiero
Dell PFR Customer Support
800.418.8591 ext 2236
HYPERLINK "mailto:kruggiero@dellpfr.com"kruggiero@dellpfr.com"

Regards,
Matt
Matt McDonough
Dell, Inc.
PAD/ SMB PFR PM
matt_mcdonough@dell.com
*Please note new number*
512-651-8408
512-283-7758 - FAX

_____

From: Quadri, Juliana - Authorized Dell Representative
Sent: Wednesday, June 22, 2005 2:33 PM
To: McDonough, Matt - Authorized Dell Representative
Subject: FW: FW: PAD - GX270 MB - Alston and Bird - Customer #39375989 Link#3479423
FYI,

Juliana

_____

From: Katie Ruggiero [mailto:KRuggiero@DellPFR.com]
Sent: Wednesday, June 22, 2005 2:23 PM
To: Quadri, Juliana - Authorized Dell Representative
Cc: GX270
Subject: FW: FW: PAD - GX270 MB - Alston and Bird - Customer #39375989 Link#3479423

Highly Confidential
DELL0142219

I was informed by Randy with Qualxserv is in contact with the customer and they would have technicians available for Sat. Customer is to receive parts tommorrow via DHL.

Katie Ruggiero
Dell PFR Customer Support
800.418.8591 ext 2236
HYPERLINK "mailto:kruggiero@dellpfr.com"kruggiero@dellpfr.com
-----Original Message-----
From: Juliana_Quadri@Dell.com [mailto:Juliana_Quadri@Dell.com]
Posted At: Wednesday, June 22, 2005 2:11 PM
Posted To: GX270
Conversation: FW: PAD - GX270 MB - Alston and Bird - Customer #39375989 Link#3479423
Subject: FW: FW: PAD - GX270 MB - Alston and Bird - Customer #39375989 Link#3479423

Any updates from Qualxserv regarding service for Friday?

Juliana

_____

From: McDonough, Matt - Authorized Dell Representative
Sent: Wednesday, June 22, 2005 2:08 PM
To: Quadri, Juliana - Authorized Dell Representative
Cc: Burris, Mike; Watson, Dawn; Lynch, Cherry
Subject: RE: FW: PAD - GX270 MB - Alston and Bird - Customer #39375989 Link#3479423
Juliana,

Any word yet on Qualxserv confirming service for Friday for Alston and Bird NYC GX270?

Regards,
Matt
Matt McDonough
Dell, Inc.
PAD/ SMB PFR PM
matt_mcdonough@dell.com
*Please note new number*
512-651-8408
512-283-7758 - FAX

_____

From: Quadri, Juliana - Authorized Dell Representative
Sent: Wednesday, June 22, 2005 7:39 AM
To: McDonough, Matt - Authorized Dell Representative
Subject: FW: FW: PAD - GX270 MB - Alston and Bird - Customer #39375989 Link#3479423
FYI,

Juliana

Highly Confidential
DELL0142220

From: Katie Ruggiero [mailto:KRuggiero@DellPFR.com]
Sent: Tuesday, June 21, 2005 4:39 PM
To: Quadri, Juliana - Authorized Dell Representative
Cc: GX270
Subject: RE: FW: PAD - GX270 MB - Alston and Bird - Customer #39375989 Link#3479423
Once the scheduler contacts the customer they will provide the information below. The DSP is Qualxserv.

Katie Ruggiero
Dell PFR Customer Support
800.418.8591 ext 2236
HYPERLINK "mailto:kruggiero@dellpfr.com"kruggiero@dellpfr.com
-----Original Message-----
From: Juliana_Quadri@Dell.com [mailto:Juliana_Quadri@Dell.com]
Posted At: Tuesday, June 21, 2005 3:55 PM
Posted To: GX270
Conversation: FW: PAD - GX270 MB - Alston and Bird - Customer #39375989 Link#3479423
Subject: FW: FW: PAD - GX270 MB - Alston and Bird - Customer #39375989 Link#3479423

Sydcor,

The customer will need a list of the tech's who will be on site as soon as possible. Can you confirm which DSP we will be using for this project? We will need the tech's names by Thursday.

Thanks,
Juliana


From: McDonough, Matt - Authorized Dell Representative
Sent: Tuesday, June 21, 2005 1:29 PM
To: Quadri, Juliana - Authorized Dell Representative
Subject: RE: FW: PAD - GX270 MB - Alston and Bird - Customer #39375989 Link#3479423
Juliana

Please make sure all are aware the customer has scheduled this for Friday 6/24 8am-6pm. I need to verify the DSP ASAP


Regards,
Matt
Matt McDonough
Dell, Inc.
PAD/ SMB PFR PM
matt_mcdonough@dell.com
*Please note new number*
512-651-8408
512-283-7758 - FAX

Highly Confidential
DELL0142221

From: Quadri, Juliana - Authorized Dell Representative
Sent: Tuesday, June 21, 2005 1:17 PM
To: McDonough, Matt - Authorized Dell Representative
Cc: Quadri, Juliana - Authorized Dell Representative
Subject: FW: FW: PAD - GX270 MB - Alston and Bird - Customer #39375989 Link#3479423
FYI,

Juliana

From: Katie Ruggiero [mailto:KRuggiero@DellPFR.com]
Sent: Tuesday, June 21, 2005 1:14 PM
To: Quadri, Juliana - Authorized Dell Representative
Cc: GX270
Subject: FW: FW: PAD - GX270 MB - Alston and Bird - Customer #39375989 Link#3479423
Juliana,

Order has been placed for parts and service. Customer will be contacted within 72 business hrs for scheduling.

Katie Ruggiero
Dell PFR Customer Support
800.418.8591 ext 2236
HYPERLINK "mailto:kruggiero@dellpfr.com"kruggiero@dellpfr.com
-----Original Message-----
From: Juliana_Quadri@Dell.com [mailto:Juliana_Quadri@Dell.com]
Posted At: Monday, June 20, 2005 2:52 PM
Posted To: GX270
Conversation: PAD - GX270 MB - Alston and Bird - Customer #39375989 Link#3479423
Subject: FW: PAD - GX270 MB - Alston and Bird - Customer #39375989 Link#3479423

Sydcor,
Please ship and service 108 killer bee motherboards for Alston and Bird for SMB. The customer needs service for 6/24/05.
Thanks,
Juliana
<<AlsonandBird NYC_GX270_PFR_CFA_Service_Project_Request Form.doc>>

From:  McDonough, Matt - Authorized Dell Representative
Sent:  Monday, June 20, 2005 11:45 AM
To:    US_PFR_Team
Subject:      PAD - GX270 MB - Alston and Bird - Customer #39375989 Link#3479423
This is for 108 GX270 MB. This is approved by Cherry and Cori.
Service needs to be completed on 6/24/05.

Regards,
Matt
Matt McDonough

Highly Confidential
DELL0142222

Dell, Inc.
PAD/ SMB PFR PM
matt_mcdonough@dell.com
*Please note new number*
512-651-8408
512-283-7758 - FAX

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (404-881-7000) or by electronic mail (postmaster@alston.com), and delete this message and all copies and backups thereof. Thank you.

---

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (404-881-7000) or by electronic mail (postmaster@alston.com), and delete this message and all copies and backups thereof. Thank you.

---

Highly Confidential
DELL0142223

| **From:** | /O=DELL/OU=AUSTIN/CN=RECIPIENTS/CN=MATT_MCDONOUGH |
|---|---|
| **Sent:** | Thursday June 30, 2005 03:27 PM |
| **Subject:** | Alston and Bird Project meeting minutes 6/30/05 |

Mike,

Please let me know if this OK to send to A&B.

Alston and Bird Project meeting minutes 6/30/05

It was explained to the customer by Mike Burris that unfortunately Dell will not have the GX270 KBB MB stock to complete the project on 7/9. Also that we do not currently have the visibility to complete the GX270 MB projects that follow in July.

Mike Burris stated that 3 "hot swap" GX280's can be sent to each location. Alston and Bird commented that 3 at the bigger location might not be enough. Mike B took the action to see what else could be done to help alleviate the issue.

It was explained that Dell can proceed on the D600 MB project as scheduled; this includes NYC and Raleigh on 7/9. The rest of the dates for D600 are to proceed as planned.

Final D600 tag lists are being confirmed for 7/9 for NYC and Raleigh and are due back to Matt McDonough 7/1

After the call

Amy contacted Matt McDonough about the 4 spare GX270 MB left over from NYC on 6/24. These 4 MB will be sent to and used in Atlanta. These boards need to be returned to Dell by 7/23. If they can't be returned to Dell by then Alston and Bird needs to contact Matt McDonough to make arrangements. Update: the Return Waybills that are being sent to Amy can be used from Atlanta as well.

After the call Jim Slusher called Matt McDonough asking for a statement from Dell stating that the GX270 KBB MBs are not available at this time to complete the project.


Regards,

Matt

Matt McDonough
Dell, Inc.
PAD/ SMB PFR PM
matt_mcdonough@dell.com
*Please note new number*
512-651-8408
512-283-7758 - FAX

Highly Confidential
DELL0142224

| **From:** | /O=DELL/OU=AUSTIN/CN=RECIPIENTS/CN=MATT_MCDONOUGH |
| --- | --- |
| **Sent:** | Thursday June 30, 2005 03:32 PM |
| **Subject:** | RE: Alston and Bird Project meeting minutes 6/30/05 |

Team,

I just pulled numbers from GX270 MB failure calls for the Alston and Bird account.

May - 79 MB calls
June - 76 MB calls to date
266 MB calls to date in '05

This appears to support Alston and Birds concern over the current volume of GX270 system failures

Regards,

Matt

Matt McDonough
Dell, Inc.
PAD/ SMB PFR PM
matt_mcdonough@dell.com
*Please note new number*
512-651-8408
512-283-7758 - FAX

_____

From: McDonough, Matt - Authorized Dell Representative
Sent: Thursday, June 30, 2005 4:27 PM
To: Davis, David; Burris, Mike; Lynch, Cherry; Dial, Cory; Davis, Martin F
Cc: McDonough, Matt - Authorized Dell Representative
Subject: Alston and Bird Project meeting minutes 6/30/05
Importance: High

Mike,

Please let me know if this OK to send to A&B.

Alston and Bird Project meeting minutes 6/30/05

It was explained to the customer by Mike Burris that unfortunately Dell will not have the GX270 KBB MB stock to complete the project on 7/9. Also that we do not currently have the visibility to complete the GX270 MB projects that follow in July.
Mike Burris stated that 3 "hot swap" GX280's can be sent to each location. Alston and Bird commented that 3 at the bigger location might not be enough. Mike B took the action to see what else could be done to help alleviate the issue.
It was explained that Dell can proceed on the D600 MB project as scheduled; this includes NYC and Raleigh on 7/9. The rest of the dates for D600 are to proceed as planned.
Final D600 tag lists are being confirmed for 7/9 for NYC and Raleigh and are due back to Matt McDonough 7/1

Highly Confidential
DELL0142225

After the call

Amy contacted Matt McDonough about the 4 spare GX270 MB left over from NYC on 6/24. These 4 MB will be sent to and used in Atlanta. These boards need to be returned to Dell by 7/23. If they can't be returned to Dell by then Alston and Bird needs to contact Matt McDonough to make arrangements. Update: the Return Waybills that are being sent to Amy can be used from Atlanta as well.

After the call Jim Slusher called Matt McDonough asking for a statement from Dell stating that the GX270 KBB MBs are not available at this time to complete the project.


Regards,

Matt

Matt McDonough
Dell, Inc.
PAD/ SMB PFR PM
matt_mcdonough@dell.com
*Please note new number*
512-651-8408
512-283-7758 - FAX

Highly Confidential
DELL0142226