**TAB 52**

| | |
|---|---|
| From: | /O=DELL/OU=AUSTIN/CN=RECIPIENTS/CN=RODRICK_CRAVEN |
| Sent: | Wednesday July 20, 2005 04:34 PM |
| To: | Burris, Mike; Goertz, Dan; Eaton, Tom; Venson, Bernard; Hays, Karin; Russell, Travis; Morris, Leslie |
| Cc: | Betteridge, Mark R; DiLullo, Jeff; Quezada, Dolores; Watson, Mark A; Barretto, Alex; Peterson, Matthew |
| Subject: | RE: Setting expectations for the GX270 MB's |

Thanks for the heads up Mike. The problem extends beyond Atlanta and this specific customer. Our supply is hand to mouth, and I will continue to work with ASL on allocation to 4HR, but the bottom line is supply is scarce.

What I was trying to message was we need action both on the improvement of the supply picture and on setting customer expectations wherever possible. This customer may be a bad example, but I'm sure there are opportunities to do so.

Regards,

Rick

---

From: Burris, Mike
Sent: Tuesday, July 19, 2005 5:48 PM
To: Craven, Rick; Goertz, Dan; Eaton, Tom; Venson, Bernard; Hays, Karin; Russell, Travis; Morris, Leslie
Cc: Betteridge, Mark R; DiLullo, Jeff; Quezada, Dolores; Watson, Mark A; Barretto, Alex; Peterson, Matthew
Subject: RE: Setting expectations for the GX270 MB's

Rick,

This is the same customer (Alston & Bird - leasing through Oliver Allen) that we were exchanging e-mails on last week. I do not believe that the customer is trying to support their PFR request through calling in systems to technical support and requesting 4 hour service. Rather, the customer is experiencing a large number of failures (80+ per month for the past 2 months).

The calls for motherboards that are coming into technical support appear to be valid. The customer has 4hour support on all of their desktops and they are expecting that Dell will continue to meet it's warranty commitment. We have let the customer know in previous meetings that they will not be able to just "call in all their systems" and get new motherboards.

Actions

We need to look at this from two points:
1) We need to ensure we have the proper GX270 motherboard inventory at the Atlanta depot to cover this customer, as well as a cursory review of all other depots to see if they are seeing a similar increased demand/inventory shortfalls. If the analysis shows that we need to increase stock to meet legitimate warranty issues then we must take the appropriate action
2) We scheduling a call with this customer to discuss the current GX270 supply picture. This customer was engaged for the PFR before we ran into our current inventory limitations, and they are pushing us for all available information.

Please contact me directly if you have any questions.

Highly Confidential
DELL0142229

Mike Burris
PAD Sr. Service Account Manager
W: (512) 724-9109
C: (512) 771-6320
HYPERLINK "mailto:Mike_Burris@dell.com" Mike_Burris@Dell.com

---

From: Craven, Rick
Sent: Tuesday, July 19, 2005 5:38 PM
To: Goertz, Dan; Eaton, Tom; Venson, Bernard; Hays, Karin; Russell, Travis; Morris, Leslie; Burris, Mike
Cc: Betteridge, Mark R; DiLullo, Jeff; Quezada, Dolores; Watson, Mark A; Barretto, Alex; Peterson, Matthew
Subject: Setting expectations for the GX270 MB's
Importance: High

Team - we need an escalation path for these GX270 MB requests. The ECC is taking heat from customers expecting delivery from 4hr stock because the PFR supply has dried up. We cannot use up the 4HR break fix stock for non break fix issues.

Please provide guidance on how you would like to handle this as we are going to see this increase until October when the supply is supposed to improve.

Thanks

---

From: Barretto, Alex
Sent: Tuesday, July 19, 2005 8:02 AM
To: Craven, Rick
Subject: FW: GX270s for Oliver Allen in Atlanta, GA


FYI....This issue is getting very sticky. Let me know what you find out about additional GX270's MB's.

---

From: Haynes, Karen
Sent: Tuesday, July 19, 2005 7:41 AM
To: Baumgardner, Teresa
Cc: Bogle, Bryan; Stretz, Christopher; US ASL Service Support; Battaglia, Steve; Barretto, Alex; Melendez, Anna Marie; DiLullo, Jeff; Darveau, Amy; Watson, Dawn; Lynch, Cherry
Subject: RE: GX270s for Oliver Allen in Atlanta, GA


Hi Teresa -

I have copied Amy Darveau and Dawn Watson from the SAM team. We have these folks slated for proactive replacement but with (0) boards available we have been stuck. We'll see if we can't work with customer and tech support to make other arrangments through NBD break/fix inventory.
Thanks for the heads up.

Karen

---

From: Baumgardner, Teresa
Sent: Tuesday, July 19, 2005 7:27 AM

Highly Confidential
DELL0142230

To: Haynes, Karen; DiLullo, Jeff
Cc: Bogle, Bryan; Stretz, Christopher; US ASL Service Support; Battaglia, Steve; Barretto, Alex; Melendez, Anna Marie
Subject: GX270s for Oliver Allen in Atlanta, GA
Importance: High

Karen,

I need some help with this client. At least once a week Oliver Allen calls into Dell technical support and orders 5 or more GX270 Motherboards to pull from the 4 hour stock. Today, the customer has ordered 5 more and we do not have anything left in Atlanta to give them. Customer insisted on 4 hour part delivery, but we just can't fill it from 4 hour at this time.

Can you help me find the SAM that handles this account? We need someone to call the customer and set up a plan of action for getting these replaced. I see 1800 in Braker stock, maybe something can be arranged for a bulk shipment to the site.

60409692
60409847
60409950
60409879
60409909

Thanks,


Teresa Baumgardner
Enterprise Command Center
High Availability Call Management
1-800-999-3355 Ext 31149 Opt. 1

Highly Confidential
DELL0142231