**TAB 59**

| | |
|---|---|
| From: | /O=DELL/OU=AUSTIN/CN=RECIPIENTS/CN=KAREN_HAYNES |
| Sent: | Friday May 06, 2005 02:56 PM |
| To: | Childress, Billy; Rocha, Albert; Weaver, Mark |
| Cc: | Luhrs, Bill; Aparo, Duane; DiLullo, Jeff; Evans, Dawn - Authorized Dell Representative; Pribyl, Steve; Maddox, Porter; Koppenhaver, Kim; Huffman, Michelle - Authorized Dell Representative; Lynch, Cherry; Burris, Mike; Birdsley, Jeff; Ward, Aaron; Hartfelder, Jamie - Authorized Dell Representative |
| Subject: | RE: BEST WESTERN: Specs on the 2 fans... |

We do have data with regards to the ship dates on the GX270's which is 2378 units. Dawn Evans has pulled together a considerable amount of data from the Dell side as well as reviewed data provided by best Western on their failures. Best Western has kept records of ALL their failures which started in April 2004. They are currently at a total failure rate of 36% across the fans, power supplies and motherboards. These failures are overwhelming outside the date range of what we know to be affected by the capacitor issue therefore the reason for needing to capture and test the configuration as they have it in their environment. We are on a very tight deadline for recommended resolutions to Best Western. We are issuing an internal con call for Monday morning to be setup by Jamie Hartfelder who is the new SAM for the account. You all will receive invitiation shortly.

Thanks, Karen Haynes

---

From: Childress, Billy
Sent: Friday, May 06, 2005 3:45 PM
To: Haynes, Karen; Rocha, Albert; Weaver, Mark
Cc: Luhrs, Bill; Aparo, Duane; DiLullo, Jeff; Evans, Dawn - Authorized Dell Representative; Pribyl, Steve; Maddox, Porter; Koppenhaver, Kim; Huffman, Michelle - Authorized Dell Representative; Lynch, Cherry; Burris, Mike; Birdsley, Jeff; Ward, Aaron; Hartfelder, Jamie - Authorized Dell Representative
Subject: RE: BEST WESTERN: Specs on the 2 fans...


Karen you will need to work with Duane Aparo to determine if the amount of boards they have with the cap issue will qualify for the CFA. The cap issue is a different issue and needs to be treated as different issue. We will push the issue back to clarify pending the arrival of the units with the failing fans. Do you have an timeline on when they were shipped?


Billy Childress
Desktop IPS Issue Manager
ph. 512-728-7287
pg. 512-860-6655

---

From: Haynes, Karen
Sent: Friday, May 06, 2005 3:38 PM
To: Childress, Billy; Rocha, Albert; Weaver, Mark
Cc: Luhrs, Bill; Aparo, Duane; DiLullo, Jeff; Evans, Dawn - Authorized Dell Representative; Pribyl, Steve; Maddox, Porter; Koppenhaver, Kim; Huffman, Michelle - Authorized Dell Representative; Lynch, Cherry; Burris, Mike; Birdsley, Jeff; Ward, Aaron; Hartfelder, Jamie - Authorized Dell Representative

Highly Confidential
DELL0148655

**TAB 59**

Subject: RE: BEST WESTERN: Specs on the 2 fans...

Billy -

The MB was captured because it was a board from our break/fix inventory which they just used as a replacement. They are very concerned as to the quality of the break/fix inventory and we captured to verify failure.

We are capturing 2-4 whole units to take a look at the huge fan failure rate and as it may coorelate to MB and power supply failures as well. We had a con call with customer today discussing the captures and we will be putting out summary notes shortly to all.

Thanks, karen

---

From: Childress, Billy
Sent: Friday, May 06, 2005 3:27 PM
To: Rocha, Albert; Haynes, Karen; Weaver, Mark
Cc: Luhrs, Bill; Aparo, Duane; DiLullo, Jeff; Evans, Dawn - Authorized Dell Representative; Pribyl, Steve; Maddox, Porter; Koppenhaver, Kim; Huffman, Michelle - Authorized Dell Representative; Lynch, Cherry; Burris, Mike; Birdsley, Jeff; Ward, Aaron
Subject: RE: BEST WESTERN: Specs on the 2 fans...

Karen we received on system board that has a bulging cap. But it was my understanding they were wanting FA for a fan issue, but we did not receive any fans. Will there be any fans arriving in a different shipment, if not then there is not much else we can do with this system board.

Billy Childress
Desktop IPS Issue Manager
ph. 512-728-7287
pg. 512-860-6655

---

From: Rocha, Albert
Sent: Friday, May 06, 2005 10:28 AM
To: Haynes, Karen; Childress, Billy
Cc: Luhrs, Bill; Aparo, Duane; DiLullo, Jeff; Evans, Dawn - Authorized Dell Representative; Pribyl, Steve; Maddox, Porter; Koppenhaver, Kim; Huffman, Michelle - Authorized Dell Representative; Lynch, Cherry; Burris, Mike; Birdsley, Jeff; Ward, Aaron
Subject: RE: BEST WESTERN: Specs on the 2 fans...

Highly Confidential
DELL0148656

Karen we just got a call that we have some packages in our mail stop. We will pick them up in the next 30 minutes. I will let you know then, if your package has arrived.

Albert Rocha

Client PG IPS Manager

(International Product Support)

Phone: 728-6860

Pager: 907-3206

-----Original Message-----
From: Haynes, Karen
Sent: Friday, May 06, 2005 10:12 AM
To: Rocha, Albert; Rocha, Albert; Childress, Billy
Cc: Luhrs, Bill; Aparo, Duane; DiLullo, Jeff; Evans, Dawn - Authorized Dell Representative; Pribyl, Steve; Maddox, Porter; Koppenhaver, Kim; Huffman, Michelle - Authorized Dell Representative; Lynch, Cherry; Burris, Mike; Birdsley, Jeff; Ward, Aaron
Subject: RE: BEST WESTERN: Specs on the 2 fans...


Tracking Number: 26113378550

Delivered on: 5/5/05  2:09 pm

Delivered to: Receptionist

Signed for by:   T PICKET


Albert - Here is the DHL tracking information for the failed MB that we had Best Western ship back for analysis, sent to Billy Childress.

Can you confirm that you do have the MB?

Thanks, Karen

From: Haynes, Karen
Sent: Thursday, May 05, 2005 5:41 PM
Cc: Luhrs, Bill; Aparo, Duane; DiLullo, Jeff; Evans, Dawn - Authorized Dell Representative; Pribyl, Steve; Maddox, Porter; Koppenhaver, Kim; Huffman, Michelle - Authorized Dell Representative; Lynch, Cherry; Burris, Mike; Birdsley, Jeff
Subject: RE: BEST WESTERN: Specs on the 2 fans...

I have issued OMNI 890963 to request that tech support open a PSE as the SAM team does not have access/authorization to do so. I will reply to all with PSE once opened.

Karen

From: Rocha, Albert
Sent: Thursday, May 05, 2005 5:00 PM
To: Haynes, Karen
Cc: Luhrs, Bill; Aparo, Duane; DiLullo, Jeff; Evans, Dawn - Authorized Dell Representative; Pribyl, Steve; Maddox, Porter; Koppenhaver, Kim; Huffman, Michelle - Authorized Dell Representative; Lynch, Cherry; Burris, Mike; Birdsley, Jeff
Subject: RE: BEST WESTERN: Specs on the 2 fans...

Please open a PSE so I can assign the issue. We will call the customer once I assign the issue.

Albert Rocha

Client PG IPS Manager

(International Product Support)

Phone: 728-6860

Pager: 907-3206

-----Original Message-----
From: Haynes, Karen
Sent: Thursday, May 05, 2005 4:50 PM
To: Rocha, Albert
Cc: Luhrs, Bill; Aparo, Duane; DiLullo, Jeff; Evans, Dawn - Authorized Dell Representative; Pribyl, Steve; Maddox, Porter; Koppenhaver, Kim; Huffman, Michelle - Authorized Dell Representative; Lynch, Cherry; Burris, Mike; Birdsley, Jeff
Subject: RE: BEST WESTERN: Specs on the 2 fans...

Highly Confidential
DELL0148658

Albert -

Customer contact Paul Rascoe has done an extensive amount of testing on the CPU fan failures and has alot of information to pass along to help with our investigation. Is it posible to have our IPS engineer contact him to discuss. The failed motherboard was picked up by DHL yesterday.

Thanks, Karen

Here is Paul's contact information:

Paul Rascoe
Desktop & Property Services
Client Services Specialist
Best Western International, Inc.
Work - 623-780-6536
Cell  - 602-725-6014
Paul.Rascoe@BestWestern.com

―――

From: Rocha, Albert
Sent: Tuesday, May 03, 2005 10:35 AM
To: Haynes, Karen
Cc: Luhrs, Bill; Aparo, Duane; DiLullo, Jeff; Evans, Dawn - Authorized Dell Representative; Pribyl, Steve; Maddox, Porter; Koppenhaver, Kim; Huffman, Michelle - Authorized Dell Representative; Lynch, Cherry; Burris, Mike; Birdsley, Jeff
Subject: RE: BEST WESTERN: Specs on the 2 fans...

Karen, please send it to the following address, this address and Label will get it to Engineering in two days. Sending it to Dell address could take up to 5 days to receive.

Attention: Billy Childress

500 Canyon Ridge Dr,

Suite: L-250

Austin, TX. 78753

Albert Rocha

Client PG IPS Manager

(International Product Support)

Phone: 728-6860

Pager: 907-3206

-----Original Message-----
From: Haynes, Karen
Sent: Tuesday, May 03, 2005 10:27 AM
To: Rocha, Albert
Cc: Luhrs, Bill; Aparo, Duane; DiLullo, Jeff; Evans, Dawn - Authorized Dell Representative; Pribyl, Steve; Maddox, Porter; Koppenhaver, Kim; Huffman, Michelle - Authorized Dell Representative; Lynch, Cherry; Burris, Mike; Birdsley, Jeff
Subject: RE: BEST WESTERN: Specs on the 2 fans...

Albert -

I will send Paul a return airbill for the failed motherboard, where should I have it shipped back to at Dell. Would that be to Duane?

Thanks, Karen

From: Rocha, Albert
Sent: Tuesday, May 03, 2005 10:22 AM
To: Haynes, Karen; Maddox, Porter; Birdsley, Jeff
Cc: Luhrs, Bill; Aparo, Duane; DiLullo, Jeff; Evans, Dawn - Authorized Dell Representative; Pribyl, Steve; Koppenhaver, Kim; Huffman, Michelle - Authorized Dell Representative; Lynch, Cherry; Burris, Mike
Subject: RE: BEST WESTERN: Specs on the 2 fans...

Karen, can we get the failing system board that Paul states he will be replacing in his note below?

Albert Rocha

Client PG IPS Manager

(International Product Support)

Phone: 728-6860

Pager: 907-3206

-----Original Message-----
From: Haynes, Karen
Sent: Tuesday, May 03, 2005 9:44 AM
To: Maddox, Porter; Birdsley, Jeff; Rocha, Albert
Cc: Luhrs, Bill; Aparo, Duane; DiLullo, Jeff; Evans, Dawn - Authorized Dell Representative; Pribyl, Steve; Koppenhaver, Kim; Huffman, Michelle - Authorized Dell Representative; Lynch, Cherry; Burris, Mike
Subject: BEST WESTERN: Specs on the 2 fans...

adding Duane Aparo and Bill Luhrs.

-----

From: Haynes, Karen
Sent: Tuesday, May 03, 2005 9:43 AM
To: Maddox, Porter; Birdsley, Jeff; Rocha, Albert
Cc: DiLullo, Jeff; Evans, Dawn - Authorized Dell Representative; Pribyl, Steve; Koppenhaver, Kim; Huffman, Michelle - Authorized Dell Representative; Lynch, Cherry; Burris, Mike
Subject: BEST WESTERN: Specs on the 2 fans...

Albert, Here is the needed fan information from Best Western. Thanks, Karen

-----

From: Rascoe, Paul [mailto:Paul.Rascoe@bestwestern.com]
Sent: Tuesday, May 03, 2005 9:36 AM
To: Haynes, Karen
Subject: Specs on the 2 fans...

Hello Karen,
Here are the specs for the 2 fans that we discussed last Friday.

1) The original fan is the fan that was shipped with the base units. The original fan has been replaced with the same fan on the majority of our dispatches. This is why some of our sites have had multiple fan

Highly Confidential
DELL0148661

replacements.

2) The replacement fan is the fan that was shipped on the GX260 base units. I believe this is the fan that should be sent out as the replacement for the failing original fans.

Tag number, FZLCN41, is the base unit that he refurbished Mother Board has the same capacitors on it as the one original Mother Board that failed.

The refurbished board is starting to show signs of failure, the system will shut down after running for about 24 - 36 hours. I am going to dispatch for a new Mother Board today.

<<Origianl fan bg0903.pdf>> <<Relacement Fan DB9733.pdf>>

Sorry, I sent this out yesterday to everyone but I discovered that I placed a "dot" not an "underscore" between you first and last name.... DUHHHHH.

Have a good day.
Thank you for your time,
Paul Rascoe
Desktop & Property Services
Client Services Specialist
Best Western International, Inc.
Work - 623-780-6536
Cell  - 602-725-6014
Paul.Rascoe@BestWestern.com

Highly Confidential
DELL0148662