**TAB 64**

**Amy Darveau**

From: Darveau, Amy
Sent: Friday, April 29, 2005 12:19 PM
To: DiLullo, Jeff
Subject: AIT--On Site Rep



Jeff
Talked with Amy Taylor at high level on what was going on with this customer. This is a transition 05 account not an 08.

Amy is now SOM for 08---but the new SOM for 05 will be brand new on Monday-so I requested that she work on this due to the customer sensitivity. (I think we just need to go to Mike Ferguson to verify that request.)

Amy can also get Kenny Joyners (sp) from RMS Technologies to go onsite. He has been great with some of my other SMB customers and is good in these types of situations.

Just needing to get verification from Gibby and Garrison that the customer has agreed and is okay with sending someone out there. Don't want to waste resources if the customer is unwilling to listen or agree to this.

Thanks
Amy

Confidential