**TAB 65**

**Amy Darveau**

| | |
|---|---|
| From: | Ferguson, Michael |
| Sent: | Wednesday, October 12, 2005 8:37 AM |
| To: | Darveau, Amy; Ginger, James |
| Cc: | Taylor, Amy B |
| Subject: | RE: Request for assistance - Dell Internal Engagement - Advanced Internet Technologies May 2005 |
| Attachments: | image001.jpg; image002.gif; image003.gif; image004.gif; image005.gif |

Amy - so how were we planning on paying RMS w/out a doms order?  Was the plan to take this from a cost center somehow?  Please advise as this is 6 months old.

Michael Ferguson
Services Sales Manager
Middle Market Division
Dell, Inc.
(M) 512-426-0535

How am I doing?  Email my manager: Michael_Gibson@dell.com

From: Darveau, Amy
Sent: Tuesday, October 11, 2005 9:24 PM
To: Ginger, James; Ferguson, Michael
Cc: Taylor, Amy B
Subject: RE: Request for assistance - Dell Internal Engagement - Advanced Internet Technologies May 2005

All
Amy Taylor assisted with this also. We have all the documentation from Kenny and the engagement that was done, Also multiple emails reguarding everything that he did on this.

Mike Garrison was also aware of this engagement.

Thank you,
Amy Darveau
Services Account Manager
Mid Market and Transactional
Office (512)723-0935
Cell (512)289-9810

How am I doing? Please contact my manager, Peter Carone, at Peter_Carone@Dell.com with any feedback.

Confidentiality Notice: This email message, including any attachments, is for the sole use of the intended recipient (s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

From: Ginger, James
Sent: Tuesday, October 11, 2005 5:18 PM
To: Ferguson, Michael; Darveau, Amy
Subject: RE: Request for assistance - Dell Internal Engagement - Advanced Internet Technologies May 2005

Mike,

I checked and there is no project in Changepoint nor can I find any revenue in DOMS. I did find a opportunity for the pre-sale but that was it.

James M. Ginger
HYPERLINK "http://www1.us.dell.com/content/topics/global.aspx/services/en/index?c=us&cs=555&l=en&s=biz"Dell Services
Senior Manager
Small / Medium Account Practice
Office: 512.725.1775
Cell:    512.426.5293

From: Ferguson, Michael
Sent: Tuesday, October 11, 2005 2:36 PM
To: Darveau, Amy; Ginger, James
Subject: FW: Request for assistance - Dell Internal Engagement - Advanced Internet Technologies May 2005

Jim/Amy - can either of you shed light on this one?

thanks,

Michael Ferguson
Services Sales Manager
Middle Market Division
Dell, Inc.
(M) 512-426-0535

How am I doing?  Email my manager: Michael_Gibson@dell.com

From: KJoines@rmscorp.com [mailto:kjoines@rmscorp.com]
Sent: Tuesday, October 11, 2005 2:31 PM
To: Ferguson, Michael
Cc: Gresham, Tom; jim_ginger@dell.com; Garrison, Michael; McGraw, Mick; Newport, Jim; Lisa Reisfield;
RHollenbeck@rmscorp.com

Subject: Request for assistance - Dell Internal Engagement - Advanced Internet Technologies May 2005

Michael,

Case 5:07-cv-00426-H    Document 189-26    Filed 04/13/10    Page 3 of 38

I wanted to try to respectfully bring to your attention a project that we had accepted for Michael Gibson, Mike Garrison, Jim Newport, Mesa Carlson, Crystal Etue, and Amy Darveau within Dell for a client "sat-issue" (Advanced Internet Technologies) in which we were asked to go onsite to try to get an increased perspective into potential issues to help Dell internally. This was not a pre-sales activity. It was mutually agreed and accepted as a core infrastructure and engagement management consulting effort. had accepted this engagement on behalf of Dell to go into an apparently hostile client to try to bring resolution to hardware that s failing at a much higher rate than normal. We integrated with the internal Dell client satisfaction "strike" team and executed on this assessment and subsequently stayed engaged with Dell until the job was done. The reason why I am writing you today is to try to discuss potential avenues in which we may be compensated for the work that we had performed for Dell in May as we are at an estimated 147 days aging on this engagement. We have had multiple requests to Dell for attention to be placed on this invoiced work. It was thought that if we provided some audit-trail of communications then that would potentially illuminate to all that we actually performed the work for Dell internally and to the satisfaction of Dell internally as can be seen directly below. All headers for each communication thread is bold and green in color. Additionally, I have attached the original LOE to Dell that was sent to Amy Darveau in May. Please let us know if there is anything else that we can possibly do to help out in providing any more information in order to get this taken care of as soon as possible. If you should have any further questions then please give me (512.845.4950) or Lisa Reisfield (212.840.4924) a call.

Regards,

Kenny Joines

RMS Corp.

Please find attached the email communications regarding AIT beginning May 2005.

An email sent to Michael Gibson, and his apparent satisfaction, with the work and client relationship management to this point. Email was sent 7-7-05 @ 11:22 AM:

Michael,

If you don't mind I would like to have a conversation with you regarding AIT and our approach in the coming days. Can I give you a call?

Regards,

Kenny

1: Michael_Gibson@Dell.com [mailto:Michael_Gibson@Dell.com]
Sent: Wednesday, July 06, 2005 3:00 PM
To: amy_darveau@dell.com; Crystal_Etue@Dell.com; Mick_McGraw@Dell.com; Jim_Newport@Dell.com; kjoines@rmscorp.com; Aaron_Kenney@Dell.com

Subject: RE: Conf Call w/ AIT

. ., going into a 1x1 but just wanted to let you know that you handled the customer superbly.

Well done getting your valid point across.

Gibby

---

From: Darveau, Amy
Sent: Wednesday, July 06, 2005 2:46 PM
To: Etue, Crystal; McGraw, Mick; Newport, Jim; KJoines@rmscorp.com; Kenney, Aaron; Gibson, Michael
Subject: RE: Conf Call w/ AIT
Importance: High

Can you guys call me?

---

From:   Etue, Crystal

Sent:   Thursday, June 30, 2005 2:27 PM

     Etue, Crystal; McGraw, Mick; Newport, Jim; KJoines@rmscorp.com; Kenney, Aaron; Darveau, Amy; Gibson, Michael; Steve
     .ng; ithieme@ait.com; ceo@ait.com

Subject:    Conf Call w/ AIT

When:   Wednesday, July 06, 2005 2:00 PM-2:30 PM (GMT-06:00) Central Time (US & Canada).

Where:  877-915-6348 - pc - 721000#

Conference call cancellation by Dell:

Thanks Amy.

---

i .ɔm: amy_darveau@dell.com [mailto:amy_darveau@dell.com]
Sent: Monday, June 13, 2005 1:26 PM
To: Jim_Newport@Dell.com; Crystal_Etue@Dell.com; Michael_Garrison@Dell.com; Michael_Gibson@Dell.com;

Confidential
DELL 0000267

Aaron_Kenney@Dell.com; kjoines@rmscorp.com; Mick_McGraw@Dell.com; sdaniels@meta-bridge.com; rhollenbeck@meta-bridge.com; Mesa_Carlson@Dell.com; cfo@ait.com; ceo@ait.com; ithieme@ait.com; kdeviere@ait.com

Subject: RE: Conf Call w/ AIT

Thanks Jim.

From: Newport, Jim
Sent: Monday, June 13, 2005 1:23 PM
To: Etue, Crystal; Garrison, Michael; Gibson, Michael; Darveau, Amy; Kenney, Aaron; KJoines@rmscorp.com; McGraw, Mick; sdaniels@meta-bridge.com; rhollenbeck@meta-bridge.com; Carlson, Mesa; cfo@ait.com; ceo@ait.com; ithieme@ait.com; kdeviere@ait.com

Subject: RE: Conf Call w/ AIT

The call this afternoon has been cancelled. Crystal will reschedule for later in the week.

Thanks,

Jim

From: Etue, Crystal
Sent: Monday, June 13, 2005 7:59 AM
To: Etue, Crystal; Garrison, Michael; Gibson, Michael; Darveau, Amy; Kenney, Aaron; 'KJoines@rmscorp.com'; McGraw, Mick; 'port, Jim; 'sdaniels@meta-bridge.com'; 'rhollenbeck@meta-bridge.com'; Carlson, Mesa; 'cfo@ait.com'; 'ceo@ait.com'; 'ithieme@ait.com'; 'kdeviere@ait.com'

Subject: Conf Call w/ AIT
When: Monday, June 13, 2005 2:00 PM-2:30 PM (GMT-06:00) Central Time (US & Canada).
Where: 877-915-6348 - passcode 721000

Another conference call invite that I accepted and attended:

——Original Appointment——
From: Kenny Joines HYPERLINK "mailto:%5bmailto:kjoines@rmscorp.com%5d"[mailto:kjoines@rmscorp.com]
Sent: Monday, June 13, 2005 8:48 AM
To: 'Crystal_Etue@Dell.com'
Subject: Accepted: Conf Call w/ AIT
When: Monday, June 13, 2005 2:00 PM-2:30 PM (GMT-06:00) Central Time (US & Canada).
Where: 877-915-6348 - passcode 721000

Confidential
DELL0000268

Additional invite for another conference call with AIT and Dell internal staff:

Crystal,

There was some mention of a call that we may have on Monday with AIT.  Am I invited????

Kenny

——

From: Crystal_Etue@Dell.com [mailto:Crystal_Etue@Dell.com]
Sent: Tuesday, June 07, 2005 11:33 AM
To: Michael_Gibson@Dell.com; Mick_McGraw@Dell.com; Michael_Garrison@Dell.com; Jim_Newport@Dell.com; _darveau@dell.com

Cc: kjoines@rmscorp.com; Crystal_Etue@Dell.com
Subject: AIT Conference Call Summary

Gentlemen,

Below is a summary of the conference call we had with AIT yesterday, June 6,2005 at 2PM CST.

In Attendance:

AIT:

Steve Young - CFO

Ian Thieme - VP MIS

Clarence Briggs - briefly - CEO

Mike Roberts - VP Operations

James Schiller - Facilities Manager

( ,l:

Mike Gibson

Mick McGraw

Jim Newport

Crystal Etue

Kenny Joines

Amy Darveau

Ron Hollenbeck

Aaron Kenney

Summary of Call:

(

ιιe call began in an effort to walk through the Assessment of AIT's environment submitted by Kenny Joines. We discussed supported Operating systems in their environment; Microsoft Windows Server 2003 and RedHat Linux.

Kenny pretty much lead the call as it went highly technical very fast. Kenny brought up the point that no open manage type system was in place in the AIT environment. Ian Thieme said that they had a "home grown" internally developed open source program to manage their systems. However, it was never determined if that program monitored fan speeds and temperatures as Open Manage would do.

Ian also stated that they do not do a global bios update because they operate under the mentality that if all is running well then they leave it alone.

Clarence Briggs joined the call briefly to discuss the supported Operating Systems. He doesn't believe that the OS's running on the Optis are at fault for the hardware issues they are having.

The last technical issue that was discussed was the actual spatial environment that these machines were in. Kenny pointed out that the Opti's require 100 cubic feet of space to operate. The AIT staff stated that there was no documentation to that affect ρ¬where on our site. Amy Darveau said she would get with the product managers and get some documentation out to them. AIT ( s that regardless of the spatial environment of the machines, they are failing equally. Crystal Etue requested a list of the ьуьtems that are running on the LAN vs. those running in the racked data center environment. We will compare those service tags to the tags we have documented failures on to verify this claim.

The call then took a new direction with regards to known issues on the GX270 systems. Amy Darveau took the lead and discussed the capacitor issues on the motherboard and hard drive issues that are known and have Proactive Field Replacements place. It was determined that 400 systems fall into the PFR for the motherboard issue. Of those 400 systems we have documentation that 14 of them have failed or 3%. Of the hard drive failures 175 machines fall into that PFR and 23 or 13% of those have failed.

Mick McGraw then directed the call towards what solutions may be feasible for AIT. We expressed that replacements of the parts may only band aid the problem and not entirely fix the issues. Mick recommended that we strategize with AIT to replace the desktop machines with server class machines to help AIT become more aligned with their business. We mentioned Asset Recovery and aggressive pricing to help offset the costs to AIT. No specific pricing was discussed. AIT's response to this was not very positive as they are not open to spending any additional funds.

In closing, it was determined that more data was needed to do a true root cause analysis. Mike Roberts committed to providing us with that data, i.e. the service tags of the LAN machines vs.. the data center machines and any reports they have from their open source monitoring system.

Follow up conference call is scheduled for Monday 6/13/2005 at 2:00pmCST.

Kenny Joines will also be submitting additional comments on this call.

Etue, Crystal

Senior Account Manager

Dell Incorporated
HYPERLINK "http://maps.yahoo.com/py/maps.py?Pyt=Tmap&addr=One+Dell+Pkwy&csz=Nashville%2C+TN+37212&country=us" \nOne Dell Pkwy

Nashville, TN 37212

ERLINK "mailto:Crystal_Etue@Dell.com" \nCrystal_Etue@Dell.com
HYPERLINK "http://www.dell.com/" \nwww.dell.com

tel:

fax:

877-671-3355 ext. 79- 57467
877-457-3601

Software & Peripherals: Justin Hudson ext. 7958588

Servers & Storage: Jeff Garis ext. 7958140

Dell Financial Services: Catherine Ginzer ext. 7958384

Extended Services: Tammy Reed  HYPERLINK "mailto:Tammy.reed@dellservicesales.com"Tammy.reed@dellservicesales.com

For professional consulting, architecting, and implementation:
(SharePoint, VoIP, AD migration, Exg migration, Unix migration, storage consolidation / optimization, etc.)
HYPERLINK "mailto:Aaron_Kenney@DELL.COM"Aaron_Kenney@DELL.COM     ext.7240729

http://www.plaxo.com/signature

Here are some of the closing notes of the close-out of the AIT engagement that was INTERNALLY commissioned and provisioned by Dell internally:

Crystal,

Here are some of the notes and closing comments for this phase of work from the call and client roll-out of the assessment document we had with AIT yesterday:

Introduction

Confidential
DELL0000272

Mick began with the introductions and setup for the call.

,erview

Mick was trying to get consensus on the approach and while AIT did not say it they were clearly in a defensive/defending posture

High-level GX270, 4600C, and GX280 results and findings

Kenny went over the manufacturers support externally about what was supported from Dell, Microsoft, and Red Hat.

·      Kenny said that on the website there was no mention of Windows 200 or 2003 server having any supported drivers, and by ˈnition, no support externally for the GX platform.

o      AIT said that because some of the drivers could be "forced" onto the GX that it IS supported. This violates best-practice.

·      AIT said that rackmount.com sells a "rack-kit" for the GX. This was new information that was sent to dell but not disseminated to deployment staff.

o      There has been no verification of this by anyone from Dell

o      Steve Young said there was a link he sent in an email. This link needs to be sent to the consultant for verification.

·      The Dell team reiterated that there was no Hardware support (rack mounting) from Dell.

o      Steve iterated again that they are supported. This is not true from a Dell best-practices perspective.

o      AIT said there were no externally available data sources for storage for the GX.

o      AIT requested this data.

o      AIT submitted that given the data from Dell that they were within usage parameters for the physical hardware storage of the GX machines.

§      They strongly suggested they had a mechanical engineer come in on numerous occasions to spec out the data center.

§      The submitted they were right in their approach.

     There was no mention of an electrical engineer to spec out the power. This is a critical nuance going forward that we need to explore. Kenny stated they data must be gathered e. Kenny stated

Confidential
DELL0000273

tified Hardware and Compatibility – MICROSOFT

Kenny re-iterated for the second time the external support of the software platform from Dell to Microsoft, and Red Hat from the Microsoft and Red Hat websites.

- AIT contended yet again that if the drivers are supported by some of the third party manufacturers to Dell then dell should too.

- AIT made overtures that all Dell had to do was "pay a fee" to get the hardware listed on the Dell and Microsoft web site.

o Kenny said that the hardware platform, in its entirety, must pass Microsoft's hardware compatibility to be listed and supported not just the devices.

o AIT submitted that they were in compliance and that the GX platform is supported.

Certified Hardware and Compatibility – RED HAT Linux ES Version 3

Certified Hardware and Compatibility – RED HAT Linux ES Version 4

AIT contended that they are supported with the Red hat FEDORA initiative.

- They switched gears when asked what platform from Linux they were using as opposed to when we were on-site.

o They said that they run an "in-house" compiled version of the kernel.

o They said that they run a Red hat supported version of the kernel.

- Kenny said that there would need to be more research given this information is new and different than when we were on-site.

vide high-level baseline PC machine and/or server utilization analysis within AIT's current core PC machine/server infrastructure

· During the discussions with AIT it was discovered that there were no proactive Dell PC machine/server monitoring methods in place for any subscribers or customers currently at AIT. There were no OMCI, SNMP, or other proactive alert/management mechanisms for any of the estimated 1800 Dell PC machines deployed in production at AIT.

o AIT submitted they DID have a home-grown, proprietary, holistic monitoring of all of the hardware devices in the data center.

§ This direct question was asked while on-site and they said they did not have Dell monitoring in place.

§ They did not mention ANY other monitoring that we could pull from.

§ They did not appear to be interested in getting this in place when it was asked that it should be put into place to get data that we could both agree upon. Steve Young said to me (Kenny), "We have done enough analysis and we are doing any more".

§ It was asked what functionality that this monitoring provides and it was requested to get all of the data reads from this home-grown system to get data.

· They said they would get it to us.

· We asked if it provided the same functionality as the Dell supported tool.

· They said yes and we asked for detailed outputs of these files for reference to move forward.

· It was noted that network monitoring (BGP4) was enabled as well as network port data usage was being monitoring within the data center environment.

o We request the time-dated outputs of these data readings to further our analysis.

· Any hardware failures that are not captured manually by AIT data center staff are discovered by AIT's clients and then the client's notify AIT of the machine/service outages via AIT's phone support or on-line trouble ticket system.

o They stated that they have outage management and proactive monitoring but do not have a method for proactive management of outages. This does not reconcile.

· Additionally, there are no BIOS, device, or operating system-patch deployment, or change-control systems in place that were observed by this assessment.

o They stated that there was no mention of temperature thresholds and fan settings in any of the notes from Dell on BIOS updates from dell regarding the GX machines.

§ This was taken out of context in that it is best-practices to keep ANY and all drivers updates up-to-date. There is a reason that updates come out and it IS best-practice to stay current on all of these.

§ It was asked if, within their home-grown tool, they could push BIOS and any other updates to all of these machines. They said they could. This does not reconcile to the response while on site. That is why the discussion for putting a test-group, if not all Dell machines, on an overall Dell-supported monitoring tool like OMCI or MOM with SNMP enabled. Additionally, they questioned the overhead-factor for putting this into place. This was a sticking point with them.

Confidential
DELL0000276

During this time Clarence stepped-in and tried to take control of the call and stated that he had tasked the group out to find the root-cause of the issues and to get resolution to the issues.

Provide high-level baseline PC machine and/or server utilization analysis within AIT's current core PC machine/server infrastructure

·      The observed temperature variances and air flow variances were discussed and detail was given to the issues of the servers, PFR issues.                                 r. ey did i

·      Additionally it was brought to our attention that there was a rack-mount for the GX machines offered from rackmount.com and that based on this Dell, the manufacturer, should support this deployment.

·      The physical deployment was discussed again.

o      75 machines in the space intended for 1 machine.

o      Potential electrical power constraints and the ability to NOT validate this by machine.

        AIT contended that they have been using MATRIX batteries and that they have no power issues.

§      Dell asked if they had power usage statistics that could be generated.

·      They said they did.

o      They said they would provide this data to Dell.

The important points that Steve Young did NOT want to address while on the call with Dell.

Data Center deployment of GX270, 4600C, and GX280 PC machines-

·      The GX270, GX280, and 4600C were not engineered as a hardware platform to be placed in an area that is less those 100 cubic feet of properly conditioned air in order to maintain nominal internal ambient temperature.

        AIT currently deploys up to 75 GX270, 4600C, and GX280 within a storage area approximately 2.5 feet deep X 6 feet wide X 6 feet tall which is less than 100 cubic feet.

Confidential
DELL0000276

·   While there is a Leibert air exchanger and conditioner in the data center the general placement and setup of the GX270, 4600C, and GX280 PC machines is not within the standard alignment of "racked" servers. This non-uniform layout slows overall air-flow for the entire data center and creates hot-spots centered on each rack.

·   Most of the Dell GX270, 4600C, and GX280 machines have inconsistencies in the air flow characteristics resulting in a non-uniform air-flow around any four stacked machines out of over 1800 machines. This inconsistent air-flow inhibits cooling.

·   There are measured temperature variances of between 10 and 40 degree increased temperatures in cases with varying air flow configurations.

·   There is no mechanism to manage the entire 1800+ PC machines as servers at this time. This lack of a unified hardware management and maintenance places a severe strain on the system administration aspects of maintaining this number of machines within this deployment scenario. It is recognized that a ratio of 40:1 (machines to system administrators) is an acceptable amount of servers for 1 system administrator to manage.

·   There has been no acknowledgement of any BIOS updates on any PC machines or servers since the delivery of each block of 45 PC machines ordered over 2100 to date over the last 2 years.

·   There is no enablement or configuration of Dell OpenManage to get visibility in to actual "threads" of usage by the Dell PC machines. The PC machines were intended to have one user logged in to the machine through the keyboard/mouse physical interface. It should be noted that Windows server 2003 can support up to 99999 concurrent connections within its initial setup. Using IIS 6.0 each PC machine could go potentially 20 to 30 concurrent machine threads (OS idle) to over 100,000 concurrent threads (IIS websites, Ecommerce, Databases, etc) within minutes. AIT has no mechanism in place in which to profile these high use machines. This monitoring could bring visibility into potential cause/effect relationships to server errors as well as provide a potential up-sell to AIT's high-use customers.

·   Power to the machines and to the data center was NOT verified. It is possible that if there is a heavy load on the circuits powering these machines, insufficient power availability could be under-driving the cooling fans, resulting in reduced airflow and higher temperatures.

·   AIT has no tools deployed to provide visibility as to overall health and status of the PC machines.

·   There is no overall server tool or automated server management strategy in place as observed during this assessment. To leverage system administration and troubleshooting it is recognized that focused system administration of 40-60 (being the high-end range) servers per system administrator is the statistical average for server system administrators. This lack of an automated hardware maintenance strategy potentially increases overall manpower for system administration and overall maintenance costs.

GX270, 4600C, and GX280 PC machines failures

·   AIT currently has 200+ GX270, GX280, and 4600C PC machines slated to have a PFR (proactive Field Replacement).

·   AIT currently has had greater than 200 GX270, GX280, and 4600C PC machines that have had complete hardware failures since November 2004.

·   There has been no implementation of an approach or mechanism to begin to proactively gather and assemble data to begin true root-cause analysis to correct the current situation.

·   AIT currently deploys up to 75 GX270, 4600C, and GX280 within each "bakers-rack" storage-shelf area.

·   There is current no mechanism in place in which empirical data can be assembled to gain consensus of what the root-cause issues are that are creating more machine failures at AIT.

In the closing of the call there were to-do's to get done by both parties'

AIT committed to provide the following

o    The bios information and management tool they are using in-house.

o    Any monitoring tools they are using in order to start gathering data.

·    Dell committed to provide the following

o    Any further failure data concerning the GX machines.

o    Follow up as to what mutually agreed upon data looks like.

In conclusion and follow up for this phase of assessment and walk-through with our mutual client, AIT, it is obvious that AIT is a company that prides itself on being and innovator in getting things done on the cheap. The following are closing observations:

AIT chose the absolute price leader to start-up the AIT business.

·    Dell has taken orders in understood blocks of 30-45 machines (some 40+ blocks of orders to date) for at least the last two years for the business to support the business.

·    AIT has grown past this startup phase and in maturing in its business space.

·    AIT is still in the same startup paradigm and feels it is completely right and justified in all that it has done.

·    AIT is resistive to outside or best-practice discussions if it costs any resources in the form of cost or time.

·    Steve Young has stated that he will spend no more on Dell until this is resolved.

·    Clarence has stated that he wants to get to root-cause quickly.

·    AIT did NOT provide all of the data (Or completely accurate data) requested when on site and only said they had the data after physically leaving. This provides no opportunity for verification currently.

·    AIT clearly has a gap between the alignment of the infrastructure and the velocity of the business.

o    AIT must have visibility into the path of what the next level looks like and begin to plan the path to get there.

o    Detailed and effective data must be agreed upon and action must be taken to resolve this quickly.

·    AIT and DELL need to rigorously move to a place of mutual purpose quickly as current day-to-day stability as perceived by 's being effected today.

·    Dell's hardware and design engineers MUST be engaged at this point as there are nuances that are being discussed of which we have no data.

o     Moving forward potentially in the next phase Kenny must have visibility into the entire Dell/GX engineer and design members to provide data.

·     An aggressive and decisive path must be defined, lead, and managed in order to move AIT from where it is now to a better
     ı for their business.

Thanks again for the opportunity!

Kenny Joines

512.845.4950

Here is another communication received from Amy Darveau 6-7-05 @ 8:55 AM:

ı .ɔm: amy_darveau@dell.com [mailto:amy_darveau@dell.com]
Sent: Tuesday, June 07, 2005 8:49 AM
To: syoung@ait.com; cfo@ait.com; ithieme@ait.com; cbriggs@ait.com; Mick_McGraw@Dell.com; Crystal_Etue@Dell.com;

kjoines@rmscorp.com; Michael_Gibson@Dell.com; Michael_Garrison@Dell.com

Subject: GX270 Spec document

All
As we discussed yesterday here is the information requested for the technical specifications on the GX270.
This is located on Dells support website.

http://support.dell.com/support/edocs/systems/opgx270/en/index.htm

Once you are on this page select the User Guide option.
Once that has been downloaded ,or you select view, you can select the technical specifications link.

The Enviornmental specs are at the bottom of the list.

Thank you
Amy Darveau
Service Account Manger
MMD/Transactional
Office(512)723-0935
Cell(512)289-9810

Another Dell/AIT/client call I attended with Dell 6-6-05 @ 2:00 PM

-----Original Appointment-----
From: Kenny Joines HYPERLINK "mailto:%5bmailto:kjoines@rmscorp.com%5d"[mailto:kjoines@rmscorp.com]
Sent: Friday, June 03, 2005 6:50 PM
To: 'Crystal_Etue@Dell.com'
Subject: Accepted: Conf Call w/ AIT
When: Monday, June 06, 2005 2:00 PM-3:00 PM (GMT-06:00) Central Time (US & Canada).
Where: 877-915-6348 - passcode 721000

This was another client/Dell conference call that I attended 6-1-05 @ 12:00 PM::

Confidential

-Original Appointment----
From: Kenny Joines HYPERLINK "mailto:%5bmailto:kjoines@rmscorp.com%5d"[mailto:kjoines@rmscorp.com]
Sent: Wednesday, June 01, 2005 9:26 PM
To: 'Crystal_Etue@Dell.com'
Subject: Accepted: Updated: Conf Call W/ AIT
When: Friday, June 03, 2005 12:00 PM-1:00 PM (GMT-06:00) Central Time (US & Canada).
Where: 877-915-6348 - passcode 721000

This was a second draft sent to Crystal Etue after talking with the client 6-1-05 @ 12:02 PM:

From: Kenny Joines [mailto:kjoines@meta-bridge.com]
Sent: Wednesday, June 01, 2005 12:02 PM
To: 'Crystal_Etue@Dell.com'
Subject: AIT_highlevel_GX270_Assessment_052605_V1.6.doc
Importance: High

This was another conference call with Dell staff:

-----Original Appointment-----
From: Kenny Joines HYPERLINK "mailto:%5bmailto:kjoines@rmscorp.com%5d"[mailto:kjoines@rmscorp.com]
Sent: Friday, May 27, 2005 7:32 AM
To: 'Crystal_Etue@Dell.com'
Subject: Accepted: Updated: Conf Call W/ AIT
When: Wednesday, June 01, 2005 2:00 PM-3:00 PM (GMT-06:00) Central Time (US & Canada).
Where: 877-915-6348 - passcode 721000

Confidential

This was a draft of the assessment doc sent to Crystal Etue 5-26-05 @ 10:20 AM:

From: Kenny Joines [mailto:kjoines@rmscorp.com]
Sent: Thursday, May 26, 2005 10:20 AM
To: 'Crystal_Etue@Dell.com'
Subject: AIT_highlevel_GX270_Assessment_052605_V1.5.doc

Updated "GX" report.

:)

This was a conference call that I accepted and attended with Dell staff:

—–-Original Appointment—–-
From: Kenny Joines HYPERLINK "mailto:%5bmailto:kjoines@rmscorp.com%5d"[mailto:kjoines@rmscorp.com]
Sent: Friday, May 20, 2005 11:11 AM
To: 'amy_darveau@dell.com'
Subject: Accepted: Updated: AIT-Sit visit recap
When: Friday, May 20, 2005 11:30 AM-12:30 PM (GMT-06:00) Central Time (US & Canada).
Where: Internal Con Call//866-708-0253//internal 7699-3393//passcode 350179

This was sent to Steve Young 5-18-05 @ 2:13 PM:

Thanks Steve. This will help in getting a more finite vision into the GX270's.

Confidential

Thanks again!

.ny

From: Steve Young [mailto:syoung@ait.com]
Sent: Wednesday, May 18, 2005 11:43 AM
To: kjoines@rmscorp.com
Subject: Info

Attached are the warranty claims, as well as the Dell service tags that we have.

Cost /Specs:

$450 - Celeron, 256MB RAM, 40GB Hard Drive

1 - P4, 512MB RAM, 80GB Hard Drive

Steven P. Young
Chief Financial Officer

Advanced Internet Technologies, Inc.
421 Maiden Lane
Fayetteville, NC 28301
(910) 222-4464 - Voice
(910) 261-2387 - Mobile
(910) 321-1392 - Fax
HYPERLINK "http://www.ait.com/"http://www.ait.com

*********************************************************************************

Note: The information contained in this message is privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you. Advanced Internet Technologies, Inc.

*********************************************************************************

This was sent to Amy Darveau 5-18-05 @ 2:12 pm:

To all,

I had asked for Steve Young to provide this information from his end. I am forwarding this info to keep all in the loop. This is information and data required to begin the analysis for the documentation deliverable.

Regards,

Kenny Joines

---

m: Steve Young [mailto:syoung@ait.com]
.t: Wednesday, May 18, 2005 11:43 AM
To: kjoines@rmscorp.com
Subject: Info

Attached are the warranty claims, as well as the Dell service tags that we have.

Cost /Specs:

$450 - Celeron, 256MB RAM, 40GB Hard Drive

$551 - P4, 512MB RAM, 80GB Hard Drive

Steven P. Young
Chief Financial Officer

Λ ˙·anced Internet Technologies, Inc.
Maiden Lane
Fayetteville, NC 28301
(910) 222-4464 - Voice
(910) 261-2387 - Mobile

Confidential
DELL 0000284

(910) 321-1392 - Fax
HYPERLINK "http://www.ait.com/"http://www.ait.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Note: The information contained in this message is privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you. Advanced Internet Technologies, Inc.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This was sent to Amy Darveau 5-18-05 @ 9:21 AM:

Amy,

Can you give me a call please – 512.845.4950.

.ny

From: amy_darveau@dell.com [mailto:amy_darveau@dell.com]
Sent: Monday, May 16, 2005 12:08 PM
To: kjoines@rmscorp.com
Subject: RE: AIT LOE

no worries :-)

Physical        HYPERLINK "http://training.us.dell.com/training/new_products/OptiPlex/vesuvius/specs.asp#top"

Height x Width x Depth

Killerbee chassis (horizontal orientation) – 12.54" x 13.93" x 3.57", 31.9cm x 35.4cm x 9.0cm

Jazz chassis (horizontal orientation) – 15.37" x 16.97" x 4.25", 39.cm x 43.1cm x 10.8cm

Skydive chassis (vertical orientation) – 7.13" x 17.61" x 16.75", 18.1cm x 44.7cm x 42.5cm


Weight (includes one HDD & CD-ROM)

Killerbee chassis – ~14 lbs.
Jazz chassis – ~21 lbs.
Skydive chassis – ~32 lbs


---

From: KJoines@rmscorp.com [mailto:kjoines@rmscorp.com]
Sent: Monday, May 16, 2005 12:04 PM
To: Darveau, Amy
Subject: RE: AIT LOE

Not bad! J  I have one last geeky question.  What are the approximate square inches (sq/in) or square centimeters (sq/cm) inside the case of the GX 270?




Kenny


---

From: amy_darveau@dell.com [mailto:amy_darveau@dell.com]
Sent: Monday, May 16, 2005 11:57 AM
To: kjoines@rmscorp.com
Subject: RE: AIT LOE


Kenny-Will this work?

Temperature:

Operating

10° to 35°C (50° to 95°F)

NOTE: At 35°C (95°F), the maximum operating altitude is 914 m (3000 ft).

Storage

−40° to 65°C (−40° to 149°F)

Relative humidity

20% to 80% (noncondensing)

Maximum vibration:

Operating

0.25 G at 3 to 200 Hz at 0.5 octave/min

Storage

0.5G at 3 to 200Hz at 1 octave/min

Maximum shock:

Non-operating

ਰ square wave with a velocity change of 200 inches/sec (508 cm/sec)

Operating

Bottom half-sine pulse with a change in velocity of 20 inches/sec (50.8 cm/sec)

Altitude:

Operating

–16 to 3048m (-50 to 10,000ft)

Non-operating

–16 to 10,600m (-50 to 35,000 ft)

Microprocessor          http://training.us.dell.com/training/new_products/OptiPlex/vesuvius/specs.asp#top

Microprocessor type

Intel® Pentium® 4 or P4 Celeron™ microprocessors.

Cache

Pentium 4 processors with 512KB Advanced Transfer Cache
Celeron processors with 128KB cache

Confidential

Front Side Bus

⌐ & 800 (Pentium 4)
400 & 533 (post RTS) (Celeron)

_____

From: KJoines@rmscorp.com [mailto:kjoines@rmscorp.com]
Sent: Monday, May 16, 2005 6:48 AM
To: Darveau, Amy
Subject: RE: AIT LOE

Amy,

I do not know if I can get this but I need the engineering specifications (for temperature) for the GX 270 machines. I would like to have the ambient temperature tolerances, fan flow characteristics, and copies of the purchase orders for the last year for AIT. I know this is a bit late but this will help me when I start there tomorrow. I will be traveling today all day today and only be able to check mail at the airports.

Thanks for your help on this,

Kenny Joines

This was sent 5-16-05 @ 12:04 PM to Amy Darveau:

bad! J I have one last geeky question. What are the approximate square inches (sq/in) or square centimeters (sq/cm) inside ase of the GX 270?

( ,ıny

From: amy_darveau@dell.com [mailto:amy_darveau@dell.com]
Sent: Monday, May 16, 2005 11:57 AM
To: kjoines@rmscorp.com
Subject: RE: AIT LOE

Kenny-Will this work?

(

Temperature:

Operating

10° to 35°C (50° to 95°F)

NOTE: At 35°C (95°F), the maximum operating altitude is 914 m (3000 ft).

Storage

−40° to 65ºC (−40º to 149ºF)

Relative humidity

(     to 80% (noncondensing)

Maximum vibration:

 erating

0.25 G at 3 to 200 Hz at 0.5 octave/min

Storage

0.5G at 3 to 200Hz at 1 octave/min

Maximum shock:

Non-operating

27G square wave with a velocity change of 200 inches/sec (508 cm/sec)

Operating

Bottom half-sine pulse with a change in velocity of 20 inches/sec (50.8 cm/sec)

Altitude:

Operating

-16 to 3048m (-50 to 10,000ft)

Non-operating

-16 to 10,600m (-50 to 35,000 ft)

Microprocessor            http://training.us.dell.com/training/new_products/OptiPlex/vesuvius/specs.asp#top

Microprocessor type

Intel® Pentium® 4 or P4 Celeron™ microprocessors.


Cache

Pentium 4 processors with 512KB Advanced Transfer Cache
Celeron processors with 128KB cache


Front Side Bus

533 & 800 (Pentium 4)
400 & 533 (post RTS) (Celeron)


From: KJoines@rmscorp.com [mailto:kjoines@rmscorp.com]
Sent: Monday, May 16, 2005 6:48 AM
To: Darveau, Amy
Subject: RE: AIT LOE

Amy,


I do not know if I can get this but I need the engineering specifications (for temperature) for the GX 270 machines. I would like to have the ambient temperature tolerances, fan flow characteristics, and copies of the purchase orders for the last year for AIT. I know this is a bit late but this will help me when I start there tomorrow. I will be traveling today all day today and only be able to check mail at the airports.


Thanks for your help on this,

Kenny Joines

This was sent 5-16-05 @ 7:41 AM to Amy Darveau:

Amy,

I believe that it exists in the LOE as is.  Please keep in when we service any client we try to sense nuances and gather distinctions that can be other potential areas to assess and to address with AIT while we are there.  No worries.  We will do what we must to get accomplished what we need to get accomplished.  Just as a question, could you have Michael give me a call ASAP?  I would like to address his potential concerns within him on the phone, please.

Thanks!

⌐ny Joines

512.845.4950

From: amy_darveau@dell.com [mailto:amy_darveau@dell.com]
Sent: Monday, May 16, 2005 9:02 AM
To: kjoines@rmscorp.com
Subject: FW: AIT LOE

Kenny

Can you see below. I know we already discussed and with the recent information request you need from me I believe his concerns below will be addressed. Was this in the SOW?

If ~ot can we add it?

YOU ROCK!! Thank you for your help

From: Gibson, Michael
Sent: Monday, May 16, 2005 6:06 AM
To: Darveau, Amy; Garrison, Michael; McGraw, Mick; DiLullo, Jeff; Etue, Crystal; Newport, Jim
Subject: RE: AIT LOE

Thanks for your help on this Amy.


Gibby


From: Darveau, Amy
Sent: Sunday, May 15, 2005 7:45 PM
    Garrison, Michael; Gibson, Michael; McGraw, Mick; DiLullo, Jeff; Etue, Crystal; Newport, Jim
    ject: RE: AIT LOE


Mike

That was discussed with the rep. I will make sure to go over that with him again.


I have gone over their failures with Kenny and also sent him logs of the customers Heat /Fan issues that we have in our system (last week).

He is aware of all the failures, and issues that the customer is seeing in their enviornment.


I will make sure its added to the SOW tomorrow.


Thanks

Confidential

-----Original Message-----
m: Garrison, Michael
t: Sun 5/15/2005 6:53 PM
To: Darveau, Amy; Gibson, Michael; McGraw, Mick; DiLullo, Jeff; Etue, Crystal; Newport, Jim
Cc:
Subject: RE: AIT LOE

Amy-- the SOW looks like it addresses the environment study, but I also want to make sure that the onsite tech gather as much information as possible about the failures that AIT is seeing. We really need to get some more info about what machines are failing and whether there is any commonality. The AIT folks are pretty technical so I think there is an expectation that the person coming on site can discuss their concerns about temp readings they have been doing.

Can we make sure this gets accomplished as part of this?

Mike


_____

m: Darveau, Amy
c: Friday, May 13, 2005 10:01 AM
To: Garrison, Michael; Gibson, Michael; McGraw, Mick; DiLullo, Jeff; Etue, Crystal; Newport, Jim
Subject: FW: AIT LOE
Importance: High

All

Here is the SOW for the visit to AIT.

Please let me know if you have any questions.


Thank you

Amy



This was sent 5-16-05 @ 6:48 AM to Amy Darveau:

(

Amy,

I do not know if I can get this but I need the engineering specifications (for temperature) for the GX 270 machines. I would like to have the ambient temperature tolerances, fan flow characteristics, and copies of the purchase orders for the last year for ___. I know this is a bit late but this will help me when I start there tomorrow. I will be traveling today all day today and only be able to check mail at the airports.

Thanks for your help on this,

Kenny Joines

This was sent on 5-13-05 at 9:36 AM to Amy Darveau:

Sorry. This is a new template for us. Given the interaction today I commit that you will get these correct in the future J. Here you go. This one should be ok.

Kenny

From: KJoines@rmscorp.com [mailto:kjoines@rmscorp.com]
Sent: Friday, May 13, 2005 7:02 AM
To: KJoines@rmscorp.com; Darveau, Amy
Cc: rmscommunications@austin.rr.com; Lisa Reisfield; cmartin@meta-bridge.com
Subject: RE: AIT LOE

Lisa,

I had noticed that he LOE was not attached. Please find the attached LOE. Please call me if you have any questions.

Kenny Joines

_.845.4950

─────

From: Kenny Joines [mailto:kjoines@rmscorp.com]
Sent: Thursday, May 12, 2005 5:51 PM
To: 'amy_darveau@dell.com'
Cc: 'rmscommunications@austin.rr.com'; 'Lisa@rmscorp.com'; 'cmartin@meta-bridge.com'
Subject: RE: AIT LOE

Amy,

    Here is the AIT LOE.  Sorry for the delay.  We are scheduled to potentially be there Tuesday of next week if we can get all of the proper approvals from Dell.

Thanks!

Kenny Joines

─────

From: amy_darveau@dell.com [mailto:amy_darveau@dell.com]
Sent: Wednesday, May 11, 2005 11:00 AM
To: Amy_B_Taylor@Dell.com
Cc: 'rmscommunications@austin.rr.com'; 'CMartin@rmscorp.com'; Michael_Dean@Dell.com; Mick_McGraw@Dell.com; 'KJoines@rmscorp.com'

Subject: RE: AIT visit

great thank you for the clarification :-)

─────

From: Taylor, Amy B

Confidential
DELL0000007

Sent: Wednesday, May 11, 2005 10:52 AM
To: Darveau, Amy
Cc: 'Lisa Reisfield'; 'rmscommunications@austin.rr.com'; 'CMartin@rmscorp.com'; Dean, Michael; McGraw, Mick;
'' 'oines@rmscorp.com'

Subject: RE: AIT visit

Amy D,

Thanks for the help, but this 'override' for the DO has to come from the DPS Delivery Finance Management. I've sent a note over this morning, so we should hear back from Kelly Butler or Tom Gresham this afternoon.

Thanks, everyone!

Amy

Amy B. Taylor
Services Opportunities Manager
Dell Professional Services|Mid-Market Division
1-800-234-9999 ext. 72-82524
Amy_B_Taylor@Dell.com
Fax: 512-283-9564
  ' ranks #5 among US systems integrators:
  ...p://www1.us.dell.com/content/topics/global.aspx/services/en/awards?c=us&cs=04&l=en&s=bsd
www.Dell.com/DPS
www.Dell.com/Training

From: Darveau, Amy
Sent: Wednesday, May 11, 2005 9:41 AM
To: 'KJoines@rmscorp.com'; Dean, Michael; McGraw, Mick; Taylor, Amy B
Cc: Lisa Reisfield; rmscommunications@austin.rr.com; CMartin@rmscorp.com
Subject: RE: AIT visit
Importance: High

Mick or Mike D,

Can you provide the executive approval that Kenny has mentioned below.

I am putting together a log for Kenny from previous customer emails.

Amy

Confidential
DELL 0000000

From: KJoines@rmscorp.com [mailto:kjoines@rmscorp.com]
nt: Wednesday, May 11, 2005 9:30 AM
. Darveau, Amy
Cc: Lisa Reisfield; rmscommunications@austin.rr.com; CMartin@rmscorp.com
Subject: RE: AIT visit

Amy,


I just wanted to give you a quick update as to the progress of the LOE for AIT. I had hope to get all of the trouble reports and calls from your trouble ticketing system in order to put a tighter LOE together for AIT. I apologize for not being clear but I need these reports (as reference points) to provide the LOE to Dell. This is a critical dependency in order to scope and perform the work at AIT properly. At this point we have pushed to Tuesday, May 17th as a potential start date for AIT. If you could provide me with these reports I can commit to getting the LOE to you ASAP. Additionally, with all of the transition activities that are going on (at Dell) we have had a bit of a challenge in getting the required DO# in order for us to start work efforts externally. That being said, if we cannot get a DO# generated by Friday, May 13, 2005 then we will be on a one-to-one start date push for us to begin work at AIT. So if we go, to say, Monday for generating the DO# then we would not be able to start until that Thursday at client site. I have seen some occasions where if we have an email with the executive approval then we have been able to start without DO#'s on occasion. If you could get this to me then we can begin to move quickly toward getting AIT on the right track.




Thanks again!


Kenny Joines

512.845.4950




From: amy_darveau@dell.com [mailto:amy_darveau@dell.com]
Sent: Tuesday, May 10, 2005 3:40 PM
To: kjoines@rmscorp.com
Subject: AIT visit


Thank you calling me I will put together some notes for you and current actions that were doing on our end.

Here are the main players on the AIT side.

| Name | Title | Email | Phone |
|---|---|---|---|
| Clarence Briggs | CEO | cbriggs@ait.com | |
| Steve Young | CFO | cfo@ait.com | |
| Ion (don't have last name) IT | | ithieme@ait.com | |

Thank you
Amy Darveau
Service Account Manager

Confidential
DELL0000299

MMD/Transactional
Office(512)723-0935
Cell(512)289-9810

End of email.