IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:07-CV-426-H

ADVANCED INTERNET )
TECHNOLOGIES, INC., )
 )
    Plaintiff, )
 )
v. ) **ORDER**
 )
DELL INC. and DELL FINANCIAL )
SERVICES, INC., )
 )
    Defendants. )

This matter is before the Court on Plaintiff Advanced Internet Technologies, Inc.'s motion to seal documents filed in connection with its motion to de-designate certain confidential documents. [DE-192.] The Court having determined that certain documents are or are not confidential [DE-220, 221], AIT's motion to seal is **GRANTED IN PART** and **DENIED IN PART**.

The Clerk is **DIRECTED** to **UNSEAL** the following documents:[1]

**Docket Entry 174** - Main Document and Attachments # 1 Exhibit Tab 1 - DELL0000229, # 2 Exhibit Tab 2 DELL0000426, # 3 Exhibit Tab 3 DELL0000464, # 4 Exhibit Tab 4 DELL0000541, # 5 Exhibit Tab 5 DELL0000552, # 6 Exhibit Tab 6 DELL0000838, # 7 Exhibit Tab 7 DELL0000863, # 8 Exhibit Tab 8 DELL0000880, # 9 Exhibit Tab 9 DELL0000955, # 11 Exhibit Tab 11 DELL0000992, # 12 Exhibit Tab 12 DELL0001268, # 13 Exhibit Tab 13 DELL0001309, # 14 Exhibit Tab 14 DELL0001321, # 15 Exhibit Tab 15 DELL0001369, # 16 Exhibit Tab 16 DELL0001634, # 17 Exhibit Tab 17 DELL0075150, and # 18 Exhibit Tab 18 DELL0085194.

---

[1] In an attempt to maintain the integrity of the docket and to prevent re-filing of documents, where an attachment contains both confidential and non-confidential documents, it shall be sealed for purposes of this order.

**Docket Entry 175** - Main Document and Attachments # 5 Exhibit Tab 20 DELL0085376, # 6 Exhibit Tab 21 DELL0085382, # 7 Exhibit Tab 22 DELL0085587, and # 8 Exhibit Tab 23 DELL0086302.

**Docket Entry 176** (this appears to be a duplicate of Docket Entry 175) - Main Document and Attachments # 5 Exhibit Tab 20 DELL0085376, # 6 Exhibit Tab 21 DELL0085382, # 7 Exhibit Tab 22 DELL0085587, and # 8 Exhibit Tab 23 DELL0086302.

**Docket Entry 177** - Main Document.

**Docket Entry 178** - Main Document.

**Docket Entry 179** - Main Document and Attachments # 2 Exhibit Tab 25 Part 9 DELL0087078, # 4 Exhibit Tab 25 Part 11 DELL0087078, and # 5 Exhibit Tab 25 Part 12 DELL0087078.

**Docket Entry 180** - Main Document and # 1 Exhibit Tab 26 Part 1 DELL0087109, # 2 Exhibit Tab 26 Part 2 DELL0087109, # 3 Exhibit Tab 26 Part 3 DELL0087109, and # 4 Exhibit Tab 26 Part 4 DELL0087109.

**Docket Entry 181** - Main Document.

**Docket Entry 182** - Main Document.

**Docket Entry 183** - Main Document.

**Docket Entry 184** - Main Document and Attachments # 1 Exhibit Tab 29 Part 1 DELL0087250, # 2 Exhibit Tab 29 Part 2 DELL0087250, # 3 Exhibit Tab 29 Part 3 DELL0087250, # 4 Exhibit Tab 29 Part 4 DELL0087250, and # 5 Exhibit Tab 29 Part 5 DELL0087250.

**Docket Entry 185** - Main Document and Attachments # 1 Exhibit Tab 29 Part 6 DELL0087250, # 2 Exhibit Tab 29 Part 7 DELL0087250, # 3 Exhibit Tab 29 Part 8 DELL0087250,

#4 Exhibit Tab 29 Part 9 DELL0087250, # 5 Exhibit Tab 29 Part 10 DELL0087250, # 6 Exhibit Tab 30 DELL0087447, # 7 Exhibit Tab 31 - DELL0087452, # 8 Exhibit Tab 32 - DELL0087465, and # 9 Exhibit Tab 33 - DELL0087485.

**Docket Entry 186** - Main Document and Attachment # 1 Exhibit Tab 34 Part 1a of 5 DELL0087569.

**Docket Entry 187** - Main Document and Attachments # 2 Exhibit Tab 34 Part 5b of 5 DELL0087569, # 4 Exhibit Tab 35 - DELL0087996, and # 5 Exhibit Tab 36 - DELL0091037.

**Docket Entry 188** - Main Document and Attachments # 6 Exhibit Tab 40 - DELL0130244 and # 7 Exhibit Tab 41 - DELL0130550.

**Docket Entry 189** - Main Document and Attachments # 4 Exhibit Tab 43 - DELL0134854, # 5 Exhibit Tab 44 - DELL0135326, # 6 Exhibit Tab 45 - DELL0135451, # 7 Exhibit Tab 46 - DELL0137764, # 8 Exhibit Tab 47 - DELL0141994, # 9 Exhibit Tab 48 - DELL0142177, # 10 Exhibit Tab 49 - DELL0142180, # 11 Exhibit Tab 50 - DELL0142185, # 12 Exhibit Tab 51 - DELL0142207, # 13 Exhibit Tab 52 - DELL0142229, # 14 Exhibit Tab 53 - DELL0143699, # 15 Exhibit Tab 54 - DELL0143705, # 16 Exhibit Tab 55 - DELL0143711, # 17 Exhibit Tab 56 - DELL0145637, # 18 Exhibit Tab 57 - DELL0146704, # 19 Exhibit Tab 58 - DELL0148086, # 20 Exhibit Tab 59 - DELL0148655, # 21 Exhibit Tab 60 - DELL0156287, # 25 Exhibit Tab 64 - Amy Taylor Ex. 38, # 26 Exhibit Tab 65 - Amy Taylor Ex. 42, and # 27 Exhibit Tab 66 - Amy Taylor Ex. 45.

**Docket Entry 190** - Main Document and Attachments # 1 Exhibit Tab 67 - Kenneth Joines Ex. 51, # 2 Exhibit Tab 68 - James Hutten Ex. 57, # 3 Exhibit Tab 69 - James Hutten Ex. 59, # 5 Exhibit Tab 71 - William Luhrs Condensed Transcript, # 6 Exhibit Tab 72 - William Luhrs Ex. 1, # 9 Exhibit Tab 75 - William Luhrs Ex. 5, # 10 Exhibit Tab 76 - William Luhrs Ex. 6, # 12 Exhibit

3

Tab 78 - William Luhrs Ex. 8, # 13 Exhibit Tab 79 - William Luhrs Ex. 9, # 15 Exhibit Tab 81 - William Luhrs Ex. 11, and # 16 Exhibit Tab 82 - William Luhrs Ex. 12.

**Docket Entry 191** - Main Document and Attachments # 1 Exhibit Tab 83 - William Luhrs Ex. 13, # 4 Exhibit Tab 86 - William Luhrs Ex. 16, # 5 Exhibit Tab 87 - Harold Stone Condensed Transcript, # 6 Exhibit Tab 88 - Part 1 of 3 - Harold Stone Ex.10, and # 8 Exhibit Tab 88 - Part 3 of 3 - Harold Stone Ex.10.

The following documents shall remain **SEALED**:

**Docket Entry 174** - Attachment #10 Exhibit Tab 10 DELL0000979.

**Docket Entry 175** - Attachments # 1 Exhibit Tab 19 Part 1 of 3 DELL0085220, # 2 Exhibit TAB 19 Part 2a of 3 DELL0085220, # 3 Exhibit TAB 19 Part 2b of 3 DELL0085220, and # 4 Exhibit TAB 19 Part 3 of 3 DELL0085220.

**Docket Entry 176** (this appears to be a duplicate of Docket Entry 175) - Attachments # 1 Exhibit Tab 19 Part 1 of 3 DELL0085220, # 2 Exhibit TAB 19 Part 2a of 3 DELL0085220, # 3 Exhibit TAB 19 Part 2b of 3 DELL0085220, and # 4 Exhibit TAB 19 Part 3 of 3 DELL0085220.

**Docket Entry 177** - Attachments # 1 Exhibit Tab 24 Part 1a of 5 DELL0086583, # 2 Exhibit Tab 24 Part 1b of 5 DELL0086583, # 3 Exhibit Tab 24 Part 1c of 5 DELL0086583, # 4 Exhibit Tab 24 Part 1d of 5 DELL0086583, # 5 Exhibit Tab 24 Part 2 of 5 DELL0086583, # 6 Exhibit Tab 24 Part 3 of 5 DELL0086583, # 7 Exhibit Tab 24 Part 4 of 5 DELL0086583, # 8 Exhibit Tab 24 Part 5 of 5 DELL0086583.

**Docket Entry 178** - Attachments # 1 Exhibit Tab 25 Part 1 DELL0087078, # 2 Exhibit Tab 25 Part 2 DELL0087078, # 3 Exhibit Tab 25 Part 3 DELL0087078, # 4 Exhibit Tab 25 Part 4 DELL0087078, # 5 Exhibit Tab 25 Part 5 DELL0087078, # 6 Exhibit Tab 25 Part 6 DELL0087078,

# 7 Exhibit Tab 25 Part 7 DELL0087078.

**Docket Entry 179** - Attachments # 1 Exhibit Tab 25 Part 8 DELL0087078, and # 3 Exhibit Tab 25 Part 10 DELL0087078.

**Docket Entry 180** - Attachments # 5 Exhibit Tab 26 Part 5 DELL0087109, # 6 Exhibit Tab 26 Part 6 DELL0087109, # 7 Exhibit Tab 26 Part 7 DELL0087109, # 8 Exhibit Tab 26 Part 8 DELL0087109, # 9 Exhibit Tab 26 Part 9 DELL0087109, # 10 Exhibit Tab 26 Part 10 DELL0087109, and # 11 Exhibit Tab 27 DELL0087137.

**Docket Entry 181** - Attachments # 1 Exhibit Tab 28 Part 1 of 12 DELL0087179, # 2 Exhibit Tab 28 Part 2 of 12 DELL0087179, # 3 Exhibit Tab 28 Part 3 of 12 DELL0087179, # 4 Exhibit Tab 28 Part 4 of 12 DELL0087179, and # 5 Exhibit Tab 28 Part 5 of 12 DELL0087179.

**Docket Entry 182** - Attachments # 1 Exhibit Tab 28 Part 6 of 12 DELL0087179, # 2 Exhibit Tab 28 Part 7 of 12 DELL0087179, # 3 Exhibit Tab 28 Part 8 of 12 DELL0087179, # 4 Exhibit Tab 28 Part 9 of 12 DELL0087179, and # 5 Exhibit Tab 28 Part 10 of 12 DELL0087179.

**Docket Entry 183** - Attachments # 1 Exhibit Tab 28 Part 11 of 12 DELL0087179 and # 2 Exhibit Tab 28 Part 12 of 12 DELL0087179.

**Docket Entry 186** - Attachments # 2 Exhibit Tab 34 Part 1b of 5 DELL0087569, # 3 Exhibit Tab 34 Part 1c of 5 DELL0087569, # 4 Exhibit Tab 34 Part 2 DELL0087569, # 5 Exhibit Tab 34 Part 3 of 5, and # 6 Exhibit Tab 34 Part 4 of 5 DELL0087569.

**Docket Entry 187** - Attachments # 1 Exhibit Tab 34 Part 5a of 5 DELL0087569 and # 3 Exhibit Tab 34 Part 5c of 5 DELL0087569.

**Docket Entry 188** - Attachments # 1 Exhibit Tab 37 Part 1 of 3 DELL0091294, # 2 Exhibit Tab 37 Part 2 of 3 DELL0091294, # 3 Exhibit Tab 37 Part 3 of 3 DELL0091294, # 4 Exhibit Tab

38 - DELL0091354, and # 5 Exhibit Tab 39 - DELL0105651.

**Docket Entry 189** - Attachments # 1 Exhibit Tab 42 Part 1 of 3 DELL0132394, # 2 Exhibit Tab 42 Part 2 of 3 DELL0132394, # 3 Exhibit Tab 42 Part 3 of 3 DELL0132394, # 22 Exhibit Tab 61 - DELL0163416, # 23 Exhibit Tab 62 - DELL0163446, and # 24 Exhibit Tab 63 - DELL0163559.

**Docket Entry 190** - Attachments # 4 Exhibit Tab 70 - Mesa Carlson Ex. 62, # 7 Exhibit Tab 73 - William Luhrs Ex. 3, # 8 Exhibit Tab 74 - William Luhrs Ex. 4, # 11 Exhibit Tab 77 - William Luhrs Ex. 7, and # 14 Exhibit Tab 80 - William Luhrs Ex. 10.

**Docket Entry 191** - Attachments # 2 Exhibit Tab 84 - William Luhrs Ex. 14, # 3 Exhibit Tab 85 - William Luhrs Ex. 15, and # 7 Exhibit Tab 88 - Part 2 of 3 - Harold Stone Ex. 10.

This 21st day of May, 2010.

DAVID W. DANIEL
United States Magistrate Judge