IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No 5:07-CV-426 (U.S.D.C., E.D.N.C.)

| | |
|---|---|
| ADVANCED INTERNET TECHNOLOGIES, INC. )<br>Plaintiff, )<br>)<br>v. )<br>)<br>DELL, INC. and DELL FINANCIAL SERVICES, INC. )<br>Defendants. )<br>) | **APPENDIX OF DOCUMENTS FILED UNDER SEAL SUBJECT TO PLAINTIFF'S SECOND MOTION TO REMOVE CONFIDENTIALITY DESIGNATIONS FROM CERTAIN DOCUMENTS** |

This is the 2nd day of July, 2010.

    _s/_ Darren T. Kaplan_____
Darren T. Kaplan (Admitted *Pro Hac Vice*)
Attorney for Plaintiff
Chitwood Harley Harnes LLP
185 Great Neck Road, Suite 340
Great Neck, NY 11021
Tel. (516) 773-6090
Fax (516) 706-0497
GA State Bar No. 172670

  _s/_ A. Bikash Roy_____
A. Bikash Roy, # 28382
Attorney for Plaintiff
c/o Advanced Internet Technologies, Inc.
421 Maiden Lane
Fayetteville, NC 28301
Tel. (910) 321-1365
NC State Bar No. 28382
Local Civil Rule 83.1 Counsel

**Attorneys for Plaintiff Advanced Internet Technologies, Inc.**

1

## TABLE OF DOCUMENTS FILED UNDER SEAL

| TAB | DESCRIPTION |
|---|---|
| 1 | Plaintiff's Brief Supporting Motion for Partial Summary Judgment as to Liability on Plaintiff's Cause of Action for Violation of N.C.G.S. § 75-1.1 |
| 2 | Selected pages from the sworn testimony of James Hutten as provided at deposition on June 4, 2009 |
| 3 | Selected pages from the sworn testimony of Raymond Feeley as provided at deposition on June 5, 2009 |
| 4 | Selected pages from the sworn testimony of Steven Young as provided at deposition on February 2, 2010 |
| 5 | Selected pages from the sworn testimony of Michael Roberts as provided at deposition on January 28, 2010 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed or caused to be filed **APPENDIX OF DOCUMENTS FILED UNDER SEAL SUBJECT TO PLAINTIFF'S SECOND MOTION TO REMOVE CONFIDENTIALITY DESIGNATIONS FROM CERTAIN DOCUMENTS** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the parties of record.

This is the 2nd day of July, 2010.

    __s/_ Darren T. Kaplan_____
Darren T. Kaplan (Admitted *Pro Hac Vice*)
Attorney for Plaintiff
Chitwood Harley Harnes LLP
185 Great Neck Road, Suite 340
Great Neck, NY 11021
Tel. (516) 773-6090
Fax (516) 706-0497
GA State Bar No. 172670

  __s/_ A. Bikash Roy_____
A. Bikash Roy, # 28382
Attorney for Plaintiff
c/o Advanced Internet Technologies, Inc.
421 Maiden Lane
Fayetteville, NC 28301
Tel. (910) 321-1365
NC State Bar No. 28382
Local Civil Rule 83.1 Counsel

**Attorneys for Plaintiff Advanced Internet Technologies, Inc.**