IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:07-CV-426-H

| | |
|---|---|
| ADVANCED INTERNET TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> DELL, INC. and DELL FINANCIAL SERVICES, INC., <br><br> Defendants. | **MOTION TO INTERVENE BY THE NEW YORK TIMES COMPANY** |

The New York Times Company, by and through counsel, and pursuant to Federal Rules of Civil Procedure 24(a) and 24(b), respectfully moves the Court to enter an order allowing it to intervene in this case for the limited purpose of asserting and protecting its and the people's right of access to judicial documents, as conferred by the First Amendment to the Constitution of the United States and the common law.

The grounds for this Motion are set forth in the accompanying Memorandum of Law. Pursuant to Rule 24(c), the Times has filed contemporaneously with this Motion its Proposed Opposition to the Parties' Motions to Seal.

WHEREFORE, the New York Times Company respectfully requests that this Court enter an Order granting the New York Times Company's Motion to intervene in this case under Fed. R. Civ. P. 24.

Respectfully submitted, this the 14th day of July 2010.

/s/ Eric M. David
Mark J. Prak
N.C. State Bar No. 9420
Eric M. David
N.C. State Bar No. 38118
BROOKS, PIERCE, MCLENDON,
 HUMPHREY & LEONARD
Post Office Box 1800
Raleigh, NC  27602
Telephone:  (919) 839-0300
Facsimile:  (919) 839-0304
*Attorneys for The New York Times Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:07-CV-426-H

| ADVANCED INTERNET TECHNOLOGIES, INC., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| DELL, INC. and DELL FINANCIAL SERVICES, INC., | ) | |
| Defendants. | ) | |

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

| **COUNSEL FOR PLAINTIFF** |
|---|
| Amber A. Corbin |
| Bikash Roy |
| Darren T. Kaplan |
| Gregory E. Keller |
| James M. Wilson |
| Mark W. Ishman |
| Mary K. King |
| Robert W. Killorin |
| |
| **COUNSEL FOR DEFENDANT DELL, INC.** |
| Pressly M. Millen |
| Jane F. Thorpe |
| Scott A. Elder |
| Victoria D. Lockard |
| William M. D'Antignac |
| |
| **COUNSEL FOR DEFENDANT DELL FINANCIAL SERVICES, INC.** |
| Byron L. Saintsing |

This the 14th day of July 2010.

/s/ Eric M. David
Mark J. Prak
N.C. State Bar No. 9420
Eric M. David
N.C. State Bar No. 38118
BROOKS, PIERCE, MCLENDON,
  HUMPHREY & LEONARD
Post Office Box 1800
Raleigh, NC  27602
Telephone:  (919) 839-0300
Facsimile:  (919) 839-0304
*Attorneys for The New York Times Co.*