IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:07-CV-426-H

| | |
|---|---|
| ADVANCED INTERNET TECHNOLOGIES, INC., ) ) ) Plaintiff ) ) v. ) ) DELL, INC. and DELL ) FINANCIAL SERVICES, INC., ) ) Defendants ) | **DEFENDANT DELL FINANCIAL SERVICES, L.L.C.'S RESPONSE TO PLAINTIFF'S SECOND MOTION TO REMOVE CONFIDENTIALITY DESIGNATIONS FROM CERTAIN DOCUMENTS** |

NOW COMES Dell Financial Services L.L.C. f/k/a Dell Financial Services L.P., a defendant ("Defendant DFS")[1], by and through its undersigned counsel, and submits this response to Plaintiff, Advanced Internet Technologies, Inc.'s second motion to remove confidentiality designations from certain documents ("AIT's Second Motion to De-Designate")[DE-285].

AIT's Second Motion to De-Designate moves to de-designate the following five documents: (1) Plaintiff's Brief Supporting Motion for Partial Summary Judgment as to Liability on Plaintiff's Cause of Action for Violation of N.C.G.S. § 75-1.1; (2) Selected pages from the sworn testimony of James Hutton as provided at deposition on June 4, 2009; (3) Selected pages from the sworn testimony of Raymond Feeley as provided at deposition on June 5, 2009; (4) Selected pages from the sworn testimony of Steven Young as provided at deposition on February 2, 2010; and

---

[1] Defendant DFS is incorrectly identified as Dell Financial Services, Inc. in the caption.

(5) Selected pages from the sworn testimony of Michael Roberts as provided at deposition on January 28, 2010.

Defendant DFS does not oppose the de-designation of the five documents identified in AIT's Second Motion to De-Designate and above.

Respectfully submitted this the 16th day of July, 2010.

>/s/ Byron L. Saintsing
Byron L. Saintsing
North Carolina State Bar No. 16035
SMITH DEBNAM NARRON DRAKE
SAINTSING & MYERS, L.L.P.
Attorneys for Dell Financial Services L.L.C
Post Office Drawer 26268
Raleigh, North Carolina 27611
Telephone: (919) 250-2000
Facsimile: (919) 250-2100
E-Mail: bsaintsing@smithdebnamlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing *Defendant DFS' Response to Plaintiff's Second Motion to Remove Confidentiality Designations from Certain Documents* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the parties of record.

This the 16th day of July, 2010.

/s/ Byron L. Saintsing
Byron L. Saintsing
North Carolina State Bar No. 16035
SMITH DEBNAM NARRON DRAKE
SAINTSING & MYERS, L.L.P.
Attorneys for Dell Financial Services L.L.C
Post Office Drawer 26268
Raleigh, North Carolina 27611
Telephone: (919) 250-2000
Facsimile: (919) 250-2100
E-Mail: bsaintsing@smithdebnamlaw.com