IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:07-CV-426-H

| | |
|---|---|
| ADVANCED INTERNET TECHNOLOGIES, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) **ORDER** ) |
| DELL INC. and DELL FINANCIAL SERVICES, INC., | ) ) ) ) |
| Defendants. | ) |

This matter is before the Court on Judge Howard's order referring this case to the undersigned for court-hosted settlement conference. The settlement conference will be held on **Thursday, September 23, 2010 at 9:00 a.m.** in the 6th Floor Courtroom of the Terry Sanford Federal Building and Courthouse in Raleigh, North Carolina.

This the 13th day of September, 2010.

DAVID W. DANIEL
United States Magistrate Judge