UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:07-CV-00426-H

| | |
|---|---|
| ADVANCED INTERNET TECHNOLOGIES, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) **ORDER** ) |
| DELL INC. and DELL FINANCIAL SERVICES, INC., | ) ) ) ) |
| Defendants. | ) |

As a result of the court-hosted settlement conference conducted by the undersigned on September 23, 2010, the parties have settled all matters in controversy and are **ORDERED** to consummate the settlement and file the appropriate documents to close the case on or before **October 8, 2010**.

This the 24th day of September, 2010.

_____
DAVID W. DANIEL
United States Magistrate Judge